UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASTLE EQUIPMENT COMPANY
Plaintiff,

vs.

UNITED STATES FIRE INSURANCE COMPANY
Defendant.

C.A. No.

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, United States Fire Insurance Company, in the above-captioned action and pursuant to LR, D. Mass. 83.5.3(B), hereby moves this Honorable Court makes its corporate disclosures by and through its undersigned counsel. United States Fire Insurance Company has the following parent corporations: Fairfax Financial Holdings Limited; FFHL Group, Ltd.; Fairfax, Inc.; and Crum & Forster Holding, Inc. No publicly held corporation owns ten percent (10%) or more of United States Fire Insurance Company's stock.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

Stephen J. Brouillard, Esq. # 649447
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2007, this document has been served by first class mail, postage prepaid, on the following individuals:

Scott K. DeMello, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886