UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY<br>Plaintiff, | : | |
| vs. | : | 07 C.A. 10686 WGY |
| UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | : | |

**CERTIFICATE OF FILING AND SERVICE OF NOTICE OF REMOVAL**

The undersigned counsel for United States Fire Insurance Company hereby certifies that a Notice of Filing Notice of Removal, together with a copy of the Notice of Removal, were filed on April 10, 2007, with the Office of the Clerk of Superior Court for Bristol County in the Commonwealth of Massachusetts, and that true and correct copies of the same were mailed, via U.S. mail, postage prepaid, to: Scott K. DeMello, Esq., Lepizzera & Laprocina, 301 Metro Center Blvd., Suite 102, Warwick, RI 02886, the attorney of record for the Plaintiff.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 649447
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document (s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 10, 2007.

/s/ Stephen J. Brouillard