UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 APR 27 P 12:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASTLE EQUIPMENT COMPANY
Plaintiff,

vs.

UNITED STATES FIRE INSURANCE COMPANY
Defendant.

C.A. 07 cv 10686 WGY

**CERTIFICATION OF ADAM R. SCHWARTZ, ESQ.**

Pursuant to LR, D. Mass. 83.5.3(b), I hereby certify that:

(1) I am a member in good standing of the bars of the States of Florida, Pennsylvania, New York and New Jersey, and the Federal District Court for the Districts of New Jersey, Eastern District of New York, Southern District of New York, South Dakota, and Florida;

(2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(3) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Adam R. Schwartz, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
(973) 993-8100 *telephone*
(973) 425-0161 *facsimile*
*Email:* aschwartz@mdmc-law.com

# Certificate of Good Standing

## United States of America

## District of New Jersey

*I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

*Adam R. Schwartz*

*was duly admitted to practice in said Court as of July 1, 1997, and is in good standing as a member of the Bar of said Court.*

Dated at Newark, New Jersey
on: April 23, 2007

WILLIAM T. WALSH, CLERK

By____________________________
Carey P. Carlisle, Deputy Clerk