UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2007 APR 27 P 12: 50
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASTLE EQUIPMENT COMPANY
Plaintiff,

vs.

UNITED STATES FIRE INSURANCE COMPANY
Defendant.

C.A. 07 cv 10686 WGY

**ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTOPHER E. KUNKEL, ESQ.**

Pursuant to LR, D. Mass. 83.5.3(B), Defendant, United States Fire Insurance Company, hereby moves that Christopher E. Kunkel, Esq. be admitted *pro hac vice* in the above-captioned action as counsel with local counsel identified below. In support of this motion, Defendant submits the Certification of Christopher E. Kunkel, Esq. and the Certificate of Good Standing filed herewith. Plaintiff's counsel assents, and has no objection, to the granting of this motion.

**WHEREFORE**, Defendant's motion should be granted.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

Stephen J. Brouillard, Esq. # 649447
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007 a copy of the within was served on the following individuals by first class mail, postage prepaid:

Scott K. DeMello, Esq.
Lepizzera & Laprocina
980 Washington Street
Suite 218
Dedham, MA 02026