UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 APR 27 P 12: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 07 cv 10686 WGY |

**CERTIFICATION OF CHRISTOPHER E. KUNKEL, ESQ.**

Pursuant to LR, D. Mass. 83.5.3(b), I hereby certify that:

(1) I am a member in good standing of the bars of the States of New York and New Jersey, and the Federal District Court for the District of New Jersey;

(2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

(3) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

(4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Christopher E. Kunkel, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
(973) 993-8100 *telephone*
(973) 425-0161 *facsimile*
*Email:* ckunkel@mdmc-law.com

# Certificate of Good Standing

## United States of America

## District of New Jersey

*I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

*Christopher E. Kunkel*

*was duly admitted to practice in said Court as of December 30, 2002, and is in good standing as a member of the Bar of said Court.*

Dated at Newark, New Jersey
on: April 23, 2007

WILLIAM T. WALSH, CLERK

By__________________________

Carey P. Carlisle, Deputy Clerk