United States District Court
District of Massachusetts

| | | |
|---|---|---|
| Castle Equipment Company,<br>Plaintiff<br><br>v.<br><br>United States Fire Insurance Company,<br>Defendant | ) | C.A. No: 07-10686-WGY |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Now come the parties to the above captioned matter who provide the following Joint Statement pursuant to Local Rule 16.1(D):

A. Joint Discovery Plan and Motions

I. Preliminary Discovery Completed by July 9, 2007

Preliminary Discovery limited to corporate ownership issues of Plaintiff and its representatives for the purpose of Defendant filing a Motion for Summary Judgment related to that issue.

II. Motion for Summary Judgment

Defendant file Motion August 9, 2007

Plaintiff file Opposition to Motion September 7, 2007

III. Additional Discovery

In the event the Motion for Summary Judgment is denied:

(i) Defendant may, within (2) two weeks of the decision being issued on the Motion for Summary Judgment, file a motion to implead a third-party; and

(ii) The Parties shall complete all other discovery within 180 days of the decision being issued on the Motion for Summary Judgment.

IV. Additional Dispositive Motions

The Parties may, within (2) two weeks of the close of discovery, file additional dispositive motions.

YOUNG, D.J.
So ordered as the case management scheduling order.
Discovery due March 31, 2008
Dispositive Motions due Feb 28, 2008

William G. Young
U.S. District Judge

B. Certifications

I. Plaintiff and its counsel have conferred with a view to establishing a budget for the cost of conducting the litigation and they have considered alternative dispute resolution procedures.

Plaintiff's Attorney, Castle Equipment Company

/s/ /s
Scott K. DeMello, Esquire By:

II. Defendant and its counsel have conferred with a view to establishing a budget for the cost of conducting the litigation and they have considered alternative dispute resolution procedures.

Defendant's Attorney, United States Fire Insurance Company

/s/ /s/
By:

Respectfully submitted,

Castle Equipment Company
By its Attorneys,

/s/
Scott K. DeMello (BBO#566981)
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
401-739-7397

United States Fire Insurance Company
By its Attorneys,

/s/
Stephen J. Brouillard (BBO#649447)
Orson and Brusini, Ltd.
325 Angell Street
Providence, RI 02906
401-223-2100