UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>C.A. 07 cv 10686 WGY |

**JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER**

The parties jointly request that this Court modify the Case Management Scheduling Order ("Scheduling Order") in this case to extend all deadlines by sixty (60) days as reflected in the proposed Amended Scheduling Order filed herewith.

As grounds for this motion, the parties state:

1. This is the first request for a modification of the Court's Case Management Scheduling Order.

2. Granting this motion would serve the interests of judicial economy. The proposed modifications to the Scheduling Order, if granted, should afford the parties sufficient time to complete the preliminary discovery phase. Thus, there is good cause to modify the Scheduling Order as requested herein.

3. All parties are in agreement and have joined in this Motion.

**WHEREFORE**, the parties move that this Court modify the Scheduling Order to extend all deadlines by sixty (60) days as reflected in the Amended Order filed herewith.

CASTLE EQUIPMENT COMPANY,
Plaintiff,
By its Attorneys,

/s/ Scott K. DeMello
Scott K. DeMello, Esq. #566981
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: sdemello@lldlawyers.com

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 649447
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

## CERTIFICATE OF SERVICE

I hereby certify that this document (s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2007.

/s/ Stephen J. Brouillard