UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. 07 cv 10686 WGY |

**AMENDED JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Now come the parties to the above captioned matter who provide the following Joint Statement pursuant to Local Rule 16.1(D):

A. Joint Discovery Plan and Motions

I. Preliminary Discovery Completed by September 7, 2007

Preliminary Discovery limited to corporate ownership issues of Plaintiff and its representatives for the purpose of Defendant filing a Motion for Summary Judgment related to that issue.

II. Motion for Summary Judgment

Defendant file Motion October 5, 2007

Plaintiff file Opposition to Motion November 2, 2007

III. Additional Discovery

In the event the Motion for Summary Judgment is denied:

(i) Defendant may, within (2) two weeks of the decision being issued on the Motion for Summary Judgment, file a motion to implead a third-party; and
(ii) The Parties shall complete all other discovery within 180 days of the decision being issued on the Motion for Summary Judgment.

IV. Additional Dispositive Motions

The Parties may, within (2) two weeks of the close of discovery, file additional dispositive motions.

B. Certifications

I. Plaintiff and its counsel have conferred with a view to establishing a budget for the cost of conducting the litigation and they have considered alternative dispute resolution procedures.

Plaintiff's Attorney, Castle Equipment Company

/s/ Scott K. DeMello /s/

Scott K. DeMello, Esquire

II. Defendant and its counsel have conferred with a view to establishing a budget for the cost of conducting the litigation and they have considered alternative dispute resolution procedures.

Defendant's Attorney, United States Fire Insurance Company

/s/ Stephen J. Brouillard /s/

Stephen J. Brouillard, Esquire

Respectfully submitted,

CASTLE EQUIPMENT COMPANY,
Plaintiff,
By its Attorneys,

/s/ Scott K. DeMello

Scott K. DeMello, Esq. #566981
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: sdemello@lldlawyers.com

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard, Esq. # 649447
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document (s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2007.

/s/ Stephen J. Brouillard