UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY<br>Plaintiff, | : | |
| vs. | : | C.A. 07 cv 10686 WGY |
| UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | : | |

**STIPULATION**

Plaintiff, Castle Equipment Company, and Defendant, United States Fire Insurance Company, by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have up to and including October 15, 2007, within which to respond to Plaintiff's Interrogatories and Request for Production of Documents.

CASTLE EQUIPMENT COMPANY,
Plaintiff,
By its Attorneys,

/s/ Scott K. DeMello
Scott K. DeMello #566981
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: sdemello@lldlawyers.com

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 649447
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com