**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Castle Equipment Company
______________________________
Plaintiff(s)

CIVIL ACTION

V.

U.S. Fire Insurance Company

NO. 07cv10686-WGY
______________________________
Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to __________ADR Program -11/2007________________ for the following ADR program:

_______ SCREENING CONFERENCE
____X___ MEDIATION
_______ SUMMARY JURY TRIAL
_______ SPECIAL MASTER
_______ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
______ EARLY NEUTRAL EVALUATION
______ MINI-TRIAL
______ SETTLEMENT CONFERENCE

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

October 19, 2007
______________________
DATE

/s/ William G. Young
______________________________________
UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | ______ | Antitrust | ______ |
| Civil Rights | ______ | Contract | ______ |
| Copyright/Trademark/Patent | ______ | Environmental | ______ |
| ERISA | ______ | FELA | _____ |
| Labor Relations | ______ | Medical Malpractice | _____ |
| Personal Injury | ______ | Product Liability | _____ |
| Shareholder Dispute | ______ | | |
| Other | ________________________________ | | |