UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY<br>Plaintiff, | : | |
| vs. | : | C.A. 07 cv 10686 WGY |
| UNITED STATES FIRE INSURANCE COMPANY<br>Defendant. | : | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AND TO POSTPONE MEDIATION**

Defendant, United States Fire Insurance Company ("US Fire"), in the above-captioned matter respectfully moves this Honorable Court for leave to file a Third-Party Complaint and to postpone the January 9, 2008 mediation, before Senior Judge Morris E. Lasker. In support of this motion, Defendant relies upon and incorporates by reference the memorandum of law filed herewith. **Plaintiff has no objection to the granting of this motion.**

**WHEREFORE**, this Court should grant US Fire leave to file a Third-Party Complaint in the form attached hereto as **Exhibit A**, and postpone the January 9, 2008 mediation for reasonable period of time to allow (i) a third-party to be impleaded, (ii) fact discovery to be completed, and (iii) a dispositive motion to be filed by Defendant and decided by this Court.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 649447
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 3, 2008.

/s/ Stephen J. Brouillard