**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

2008 FEB 13 A 11:36

| | | |
|---|---|---|
| **CASTLE EQUIPMENT COMPANY, Plaintiff** | : | |
| **vs.** | : | **C.A. No.: 07-10686** 4064 |
| **UNITED STATES FIRE INSURANCE COMPANY, Defendant/Third-Party Plaintiff** | : | |
| **vs.** | : | |
| **ANTHONY F. ROSCITI, JR., Third-Party Defendant** | : | |

**Entry of Appearance**

I, Christopher M. Mulhearn, Esq., of Ferrucci Russo, P.C., hereby enter my appearance on behalf of Third-Party Defendant, Anthony F. Rosciti, Jr. ("Rosciti") in connection with the above-identified action.

Respectfully submitted,

Christopher M. Mulhearn (BBO #628626)
**FERRUCCI RUSSO, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
E-mail: cmulhearn@frlawri.com

Dated: February 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via facsimile and via first-class mail, prepaid postage upon the following on this 11th day of February, 2008:

**Stephen J. Brouilard, Esq.**
Orson & Brusini, Ltd.
325 Angell Street
Providence, RI 02903

**Scott K. DeMello, Esq.**
Lepizzera & Laprocina
301 Metro Center Boulevard, Suite 102
Warwick, RI 02886

Lois J. Ierria