UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff | : | |
| vs. | : | C.A. No.: 07 cv 10686 WGY |
| UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant | : | |
| vs. | : | |
| ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | : | |

**JOINT MOTION TO TRANSFER VENUE**

NOW COME the parties to the above-entitled action, pursuant to 28 U.S.C. §1404(a), and hereby jointly move this Court for an order transferring the instant matter to the United States District Court for the District of Rhode Island.

In support of the within motion, the parties submit the accompanying memorandum.

**WHEREFORE**, the parties respectfully pray that this Court transfer the above-entitled action to the United States District Court for the District of Rhode Island, and, further, that this Court award to the parties such other further relief as this Court may deem fair, just and reasonable.

UNITED STATES FIRE INSURANCE COMPANY

By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. (BBO # 649447)
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

CASTLE EQUIPMENT COMPANY

By its Attorneys,

/s/ Scot K. DeMello
Scott K. DeMello (BBO #566981)
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: sdemello@lldlawyers.com

ANTHONY F. ROSCITI, JR.
By his Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn(BBO #628626)
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 465-4986
Email: cmulhearn@frlawri.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 26, 2008.

/s/ Stephen J. Brouillard