# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 07-10686-WGY

CASTLE EQUIPMENT
Plaintiff

v.
UNITED STATES FIRE INSURANCE COMPANY

Defendant

## ORDER OF TRANSFER

**YOUNG, D.J.**

In accordance with the Court's Allowance of the Joint Motion to Transfer, Civil Action Number 07-10686-WGY is hereby transferred to the United States District Court for the District of Rhode Island.

By the Court,

/s/ Elizabeth Smith
____________________
Deputy Clerk

March 11, 2008