CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:07−cv−10686−WGY

Castle Equipment Company v. United States Fire Insurance Company
Assigned to: Judge William G. Young
Demand: $233,000
Case in other court: Bristol Superior Court, B07−357
Cause: 28:1332 Diversity−Other Contract

Date Filed: 04/10/2007
Date Terminated: 03/11/2008
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Castle Equipment Company** represented by

**Scott Kevin DeMello**
Lepizzera &Laprocina
301 Metro Boulevard
Suite 102
Warwick, RI 02886
781−329−0300
Fax: 781−329−0388
Email: sdemello@lldlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Mulhearn**
Ferrucci Russo, P.C.
55 Pine Street
4th Floor
Providence, RI 02903
401−455−1000
Fax: 401−455−7778
Email: cmulhearn@frlawri.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Fire Insurance Company** represented by

**Adam R. Schwartz**
McElroy Deutsch Mulvaney &Carpenter LLP
1300 Kemble Avenue
Box 2075
Morristown, NJ 07962
973−993−8100
Fax: 973−425−0161
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher E. Kunkel**
McElroy Deutsch Mulvaney &Carpenter LLP
1300 Mount Kemble Avenue
P.O. Box 2075, NJ 07962
973−993−8100

Fax: 973−425−0161
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Brouillard**
Orson and Brusini Ltd
325 Angell Street
Providence, RI 02906
401−331−2126
Fax: 401−861−3103
Email: sbrouillard@orsonandbrusini.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Mulhearn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Anthony F. Rosciti, Jr.** represented by **Christopher M. Mulhearn**
Ferrucci Russo, P.C.
55 Pine Street
4th Floor
Providence, RI 02903
401−455−1000
Fax: 401−455−7778
Email: cmulhearn@frlawri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Judge Morris E. Lasker**

**ThirdParty Plaintiff**

**United States Fire Insurance Company** represented by **Adam R. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher E. Kunkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Brouillard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2007 | " 1 | |

| | | |
|---|---|---|
| | | NOTICE OF REMOVAL from Bristol Superior Court, case number B07−357. $ 350 (Attachments: # 1 Civil Cover Sheet # 2 Category Sheet)(Folan, Karen) (Entered: 04/10/2007) |
| 04/10/2007 | " | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin (Folan, Karen) (Entered: 04/10/2007) |
| 04/10/2007 | " 2 | ANSWER to Complaint by United States Fire Insurance Company.(Folan, Karen) (Entered: 04/10/2007) |
| 04/10/2007 | " 3 | CORPORATE DISCLOSURE STATEMENT by United States Fire Insurance Company. (Folan, Karen) (Entered: 04/10/2007) |
| 04/10/2007 | " | Filing fee: $ 350.00, receipt number 79303 for 1 Notice of Removal (Folan, Karen) (Entered: 04/10/2007) |
| 04/10/2007 | " 4 | NOTICE by United States Fire Insurance Company *Certificate of Filing of Notice of Removal* (Brouillard, Stephen) (Entered: 04/10/2007) |
| 04/11/2007 | " 5 | STATE COURT Record. (Paine, Matthew) (Entered: 04/11/2007) |
| 04/17/2007 | " 6 | NOTICE of Scheduling Conference Scheduling Conference set for 5/7/2007 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 04/17/2007) |
| 04/27/2007 | " 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Adam R. Schwartz by United States Fire Insurance Company. (Attachments: # 1 Certification of Adam R. Schwartz, Esq.)(Paine, Matthew) (Entered: 04/30/2007) |
| 04/27/2007 | " 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Christopher E. Kunkel by United States Fire Insurance Company. (Attachments: # 1 Certification of Christopher E. Kunkel, Esq.)(Paine, Matthew) (Entered: 04/30/2007) |
| 04/27/2007 | " | Filing fee: $ 100.00, receipt number 79742 for 7 MOTION for Leave to Appear Pro Hac Vice for admission of Adam R. Schwartz and 8 MOTION for Leave to Appear Pro Hac Vice for admission of Christopher E. Kunkel. (Paine, Matthew) (Entered: 04/30/2007) |
| 04/30/2007 | " | Judge William G. Young : Electronic ORDER entered GRANTING 7 Motion for Leave to Appear Pro Hac Vice. Added Adam R. Schwartz for United States Fire Insurance Company and and GRANTING 8 Motion for Leave to Appear Pro Hac Vice. Added Christopher E. Kunkel for United States Fire Insurance Company. (Paine, Matthew) (Entered: 04/30/2007) |
| 05/03/2007 | " | ELECTRONIC NOTICE Resetting Conference. Hearing rescheduled : Scheduling Conference is reset to: Monday 6/4/07 @ 2PM Courtroom 18 (Smith, Bonnie) (Entered: 05/03/2007) |
| 05/09/2007 | " 9 | NOTICE issued to Attorney Stephen J. Brouillard regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 05/09/2007) |
| 05/21/2007 | " 10 | JOINT STATEMENT re scheduling conference. (DeMello, Scott) (Entered: 05/21/2007) |
| 05/22/2007 | " 11 | Judge William G. Young : ORDER entered. re 10 JOINT STATEMENT is SO ORDER as the Case Management Scheduling Order. DISCOVERY DUE March 31, 2008 and DISPOSITIVE MOTIONS DUE February 28, 2008.(Paine, Matthew) (Entered: 05/22/2007) |

| | | |
|---|---|---|
| 06/04/2007 | " | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 6/4/2007. 16.1 Conference held. Court explains the requirements of the session. The Court inquires as to whether the parties want to proceed before a Magistrate Judge. The case is to go to ADR as of NOVEMBER, 2007 Final Pretrial Conference set for NO SOONER THAN 4/7/2008 02:00 PM before Judge William G. Young., Jury Trial set for RUNNING TRIAL LIST AS OF 5/5/2008 09:00 AM before Judge William G. Young. (Smith, Bonnie) (Entered: 06/05/2007) |
| 08/15/2007 | " 12 | Joint MOTION to Modify Case Management Scheduling Order by United States Fire Insurance Company. (Attachments: # 1 Text of Proposed Order)(Brouillard, Stephen) (Entered: 08/15/2007) |
| 10/01/2007 | " 13 | STIPULATION by Castle Equipment Company, United States Fire Insurance Company. (Brouillard, Stephen) (Entered: 10/01/2007) |
| 10/19/2007 | " 14 | REFERRING CASE to Alternative Dispute Resolution.(Paine, Matthew) (Entered: 10/19/2007) |
| 10/26/2007 | " | Electronic Notice of assignment to ADR Provider. Judge Morris Lasker appointed. The Court will contact counsel with regard to scheduling.(Tyler, Rebecca) (Entered: 10/26/2007) |
| 10/29/2007 | " | Judge William G. Young : Electronic ORDER entered re 12 Joint MOTION to Modify Case Management Scheduling Order. "Motion ALLOWED save that the trial date is not continued." (Paine, Matthew) (Entered: 10/29/2007) |
| 10/31/2007 | " | NOTICE of ADR ConferenceAlternative Dispute Resolution Hearing set for 1/9/2008 10:30 AM in Courtroom 8 before Senior Judge Morris E. Lasker. Counsel and principals are directed to be present and have full settlement authority. A brief mediation memoranda should be submitted by hand or mail no later than five (5) business days prior to the mediation and marked Confidential − Not for Docketing. In the event that you believe the case is not ripe for mediation at this time, or the date poses a conflict, counsel are to notify opposing counsel and file an assented to motion to continue the mediation as soon as possible.(Clarke, Barbara) (Entered: 10/31/2007) |
| 11/29/2007 | " 15 | Disclosure pursuant to Rule 26 by United States Fire Insurance Company.(Brouillard, Stephen) (Entered: 11/29/2007) |
| 01/03/2008 | " 16 | Assented to MOTION for Leave to File *Third−Party Complaint and to Postpone Mediation* by United States Fire Insurance Company.(Brouillard, Stephen) (Entered: 01/03/2008) |
| 01/03/2008 | " 17 | MEMORANDUM in Support re 16 Assented to MOTION for Leave to File *Third−Party Complaint and to Postpone Mediation* filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit Proposed Third−Party Complaint)(Brouillard, Stephen) (Entered: 01/03/2008) |
| 01/04/2008 | " | Judge William G. Young: Electronic ORDER entered granting 16 Assented to MOTION for Leave to File Third−Party Complaint and to Postpone Mediation; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (Paine, Matthew) (Entered: 01/04/2008) |
| 01/04/2008 | " 18 | THIRD PARTY COMPLAINT against Anthony F. Rosciti, Jr, filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit Indemnity Agreement)(Brouillard, Stephen) (Entered: 01/04/2008) |

| | | |
|---|---|---|
| 01/08/2008 | " | NOTICE of ADR Conference − 1/9/08 ADR Hearing CANCELLED and RESCHEDULED for 4/23/2008 at 10:30 AM in Courtroom 8 before Senior Judge Morris E. Lasker. Counsel and principals are directed to be present and have full settlement authority. A brief mediation memoranda should be submitted by hand or mail no later than seven (7) business days prior to the mediation and marked Confidential − Not for Docketing. In the event that you believe the case is not ripe for mediation at this time, or the date poses a conflict, counsel are to notify opposing counsel and file with Judge Lasker an assented to motion to continue the mediation as soon as possible.(Clarke, Barbara) (Entered: 01/08/2008) |
| 01/08/2008 | " | Third Party Summons Issued as to Anthony F. Rosciti, Jr. (Paine, Matthew) (Entered: 01/08/2008) |
| 02/13/2008 | " 19 | NOTICE of Appearance by Christopher M. Mulhearn on behalf of Anthony F. Rosciti, Jr. (Paine, Matthew) (Entered: 02/14/2008) |
| 02/13/2008 | " 20 | ANSWER to 18 Third Party Complaint by Anthony F. Rosciti, Jr.(Paine, Matthew) (Entered: 02/14/2008) |
| 02/14/2008 | " 21 | NOTICE issued to Attorney Christopher M. Mulhearn regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Paine, Matthew) (Entered: 02/14/2008) |
| 03/04/2008 | " 22 | Joint MOTION to Transfer Case Venue by Castle Equipment Company, United States Fire Insurance Company, Anthony F. Rosciti, Jr.(Mulhearn, Christopher) (Additional attachment(s) added on 3/5/2008: # 1 Corrected Joint Motion to Transfer Case) (Paine, Matthew). Modified on 3/5/2008 (Paine, Matthew). (Entered: 03/04/2008) |
| 03/04/2008 | " 23 | MEMORANDUM in Support re 22 Joint MOTION to Transfer Case Venue filed by Castle Equipment Company, United States Fire Insurance Company, Anthony F. Rosciti, Jr. (Paine, Matthew) (Entered: 03/05/2008) |
| 03/05/2008 | " | Notice of correction to docket made by Court staff. Correction: Docket Entry 22 Joint Motion to Transfer Venue corrected because: The Memorandum in Support Should Have Been Filed As A Separate Docket Entry. Please See Docket Entry 23 for the Memorandum of Law in Support of the Motion. (Paine, Matthew) (Entered: 03/05/2008) |
| 03/11/2008 | " | Judge William G. Young: Electronic ORDER entered granting 22 Motion to Transfer Case (Smith, Bonnie) (Entered: 03/11/2008) |
| 03/11/2008 | " 24 | Judge William G. Young: ORDER TO TRANSFER TO USDC RHODE ISLAND entered. (Smith, Bonnie) (Entered: 03/11/2008) |
| 03/11/2008 | " 25 | Case transferred to USDC − District of Rhode Island. Certified copy of transfer order and docket sheet sent to Clerk in that district. (Paine, Matthew) (Entered: 03/11/2008) |