UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff | : | |
| vs. | : | C.A. No.: 08-96S |
| UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff | : | |
| vs. | : | |
| ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | : | |

**JOINT MOTION TO CONSOLIDATE**

The parties jointly move this Honorable Court in the above-captioned matter to consolidate this case with C.A. No. 07-98S as to all claims and for all purposes. In support of this motion, the parties rely upon and incorporate by reference the memorandum of law filed herewith.

**WHEREFORE**, this Court should consolidate this case with C.A. No. 07-98S as to all claims and for all purposes and enter the proposed scheduling order filed herewith to synchronize the discovery schedules of these two cases.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

CASTLE EQUIPMENT COMPANY,
Plaintiff,
By its Attorneys,

/s/ Scott K. DeMello

Scott K. DeMello, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: sdemello@lldlawyers.com

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant,
By his Attorneys,

/s/ Christopher Mulhearn

Christopher Mulhearn, Esq. # 5188
Ferrucci Russo
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 465-4986
Email: cmulhearn@frlawri.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 14, 2008.

/s/ Stephen J. Brouillard