UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CASTLE EQUIPMENT COMPANY,<br>Plaintiff | : | |
| vs. | : | C.A. No.: 08-96S |
| UNITED STATES FIRE INSURANCE COMPANY,<br>Defendant/Third-Party Plaintiff | : | |
| vs. | : | |
| ANTHONY F. ROSCITI, JR.,<br>Third-Party Defendant | : | |

**MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO CONSOLIDATE**

The parties submit this memorandum of law in support of their Joint Motion to Consolidate this case with C.A. No. 07-98S as to all claims and for all purposes. This case was recently transferred from the United States District Court for the District of Massachusetts. As grounds for this motion, both cases involve the same parties and nearly identical claims, defenses, and legal issues. The only differences between these two cases are the locations of the projects and the amounts claimed.

In order to synchronize the discovery in these two cases, the parties also move for entry of the proposed scheduling order filed herewith. Each of the deadlines contained in the proposed scheduling order are set for thirty (30) days after the deadlines presently set in C.A. No. 07-98S. this is because a joint motion has been filed in C.A. No. 07-98S to extend all deadlines by thirty (30) days to provide ample time for the parties to complete discovery and file dispositive motions.

**WHEREFORE**, this Court should consolidate this case with C.A. No. 07-98S as to all claims and for all purposes and enter the proposed scheduling order filed herewith to synchronize the discovery schedules of these two cases.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard

Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

CASTLE EQUIPMENT COMPANY,
Plaintiff,
By its Attorneys,

/s/ Scott K. DeMello

Scott K. DeMello, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., Suite 102
Warwick, RI 02886
Tel.: (401) 739-7397
Fax: (401) 384-6950
Email: sdemello@lldlawyers.com

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant,
By his Attorneys,

/s/ Christopher Mulhearn

Christopher Mulhearn, Esq. # 5188
Ferrucci Russo
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 465-4986
Email: cmulhearn@frlawri.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 14, 2008.

/s/ Stephen J. Brouillard