**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CASTLE EQUIPMENT COMPANY,

Plaintiff,

v.

UNITED STATES FIRE INSURANCE COMPANY,

Defendant/Third Party Plaintiff.

v.

ANTHONY F. ROSCITI, JR.

Third Party Defendant.

Civil Action No. 07-98S
(consolidated)

**UNITED STATES FIRE INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant/Third-party Plaintiff, United States Fire Insurance Company ("U.S. Fire"), in the above-captioned matter and pursuant to Fed. R. Civ. P. 56, move this Honorable Court for judgment in its favor as to all claims asserted against it by Plaintiff, Castle Equipment Company. In support of this motion, U.S. Fire relies upon and incorporates by reference the Memorandum of Law, Statement of Undisputed Facts, Affidavit, and Exhibits filed herewith.

**WHEREFORE**, this Court should grant U.S. Fire's motion for summary judgment.

UNITED STATES FIRE INSURANCE COMPANY,

Defendant/Third-party Plaintiff,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

/s/ Adam R. Schwartz
Adam R. Schwartz, Esq., *pro hac vice*
Christopher E. Kunkel, Esq., *pro hac vice*
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel.: (973) 993-8100
Fax: (973) 425-0161
Email: aschwartz@mdmc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

/s/ Stephen J. Brouillard