UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASTLE EQUIPMENT COMPANY,
Plaintiff

vs. C.A. NO.: 07-00098-S-DLM

UNITED STATES FIRE INSURANCE COMPANY,
Defendant/Third-Party Plaintiff

vs.

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant

DEPOSITION OF HENRY ROSCITI,

in the above-entitled cause, taken on behalf of the Defendant, United States Fire Insurance Company, pursuant to notice, before Jane F. Cormier, CSR, a Notary Public in and for the State of Rhode Island, at the offices of Orson & Brusini, 325 Angell Street, Providence, Rhode Island, on Thursday, June 5, 2008, convening at 2:30 p.m.

Allied Court Reporters, Inc.
115 Phenix Avenue
Cranston, Rhode Island 02920
(401) 946-5500

A P P E A R A N C E S

FOR THE PLAINTIFF...... LEPIZZERA-LAPROCINA, LTD.
BY: SCOTT K. DEMELLO, ESQ.

FOR U.S. FIRE INSURANCE..McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
BY: ADAM R. SCHWARTZ, ESQ.
BY: CHRISTOPHER E. KUNKEL, ESQ.
ORSON AND BRUSINI, LTD.
BY: STEPHEN J. BROUILLARD, ESQ.

FOR ANTHONY ROSCITI, JR..FERRUCCI RUSSO, P.C.
BY: GINA ABODEELY, ESQ.
FOR THE WITNESS: ADLER POLLOCK & SHEEHAN, P.C.
BY: JOSEPH D'ANGELIS, ESQ.

Q. And was there startup money put into the company?
A. There was.
Q. And who put money in the company?
A. Anthony, myself.
Q. How much did you put into the company?
A. I don't recall.
Q. Do you know how much Anthony put in?
A. I don't.
Q. Would there be any records, I know you said the records were with the receiver, but would there be any records that would show that?
A. There should be.
Q. What was your position with South Shore in 2001? Did you have a title?
A. I had a title. I was vice president. And I just, again, I didn't do anything in the office, I didn't do anything as far as company concerns, other than drive a truck. That's all.
Q. What kind of truck?
A. It was a triaxle. It was a PeterBilt. I would just get material and bring it from job to job, move a back hoe or a piece of equipment.
Q. So, is it fair to say that your role with South Shore was more of a field role?
A. Yes.

interest in South Shore when it was formed. What was your interest? Do you know what percentage of shares you owned?
A. I believe it was 50, I thought it was 50/50.
Q. What was Anthony's title at South Shore?
A. President.
Q. And that was from when it was formed until --
A. Start to finish.
Q. And what were Anthony's responsibilities?
A. Basically everything. He would run all the business end of it, office and management, hiring, firing, buying, selling.
Q. Were you paid a salary while you worked at South Shore?
A. Yes.
Q. Do you remember, I'm not looking for the exact number, but I'm trying to get a sense of what your salary was in the year 2003.
A. I believe it was around 40 or $50,000 a year.
Q. And that's 2003 until South Shore went into receivership?
A. Basically.
Q. Do you have any idea what Anthony's salary was in 2003?
A. I have no idea.

CERTIFICATE

I do hereby certify that I am expressly approved as a person qualified and authorized to take depositions pursuant to the Rules of Civil Procedure of the Court, especially, but without restriction thereto, under Rule 30 of said Rules; that the witness was first sworn by me; that the transcript contains a true record of the proceedings.

I further certify that neither the deponent nor any party requested a review of the transcript.

IN WITNESS WHEREOF I have hereunto set my hand this 12th day of June, 2008.

JANE F. CORMIER, CSR
NOTARY PUBLIC
MY COMMISSION EXPIRES: 1/19/2010