**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**UNITED STATES FIRE INSURANCE COMPANY,**
**Plaintiff**

**vs.**

**ANTHONY F. ROSCITI, JR.; HENRY ROSCITI, JR.; and AHR UTILITY CORP.,**
**Defendants**

**C.A. No.: PC 07-2325**

**CONSENT ORDER**

The above-entitled action having come before the Honorable Associate Justice Michael A. Silverstein on this 14th day of March, 2008, upon Plaintiff, United States Fire Insurance Company's ("U.S. Fire") application for issuance of writs of pre-judgment attachment against certain of the assets, properties and/or effects of Defendant, Anthony F. Rosciti, Jr. ("Rosciti"), and after considering the papers and pleadings in this matter, by agreement of counsel, it is hereby:

**ORDERED, ADJUDGED & DECREED:**

1. U.S. Fire's application for issuance of writs of pre-judgment attachment is hereby *GRANTED*.

2. Pursuant to U.S. Fire's application for issuance of writs of pre-judgment attachment shall enter in favor of U.S. Fire, and against Rosciti, with respect to Rosciti's right, title and/or interest, if any, in the assets, properties and/or effects identified in the copies of the writs of attachment annexed hereto as *Exhibit A*, which said prejudgment writs of attachment shall issue and remain

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 MAR 14 A 9:05

Rec'd 3/14/08 [illegible]

in full force until further order of this Court. Rosciti makes no representations and/or warranties relative to any of the right, title and/or interest he may have with respect to any of the assets, properties and/or effects identified in the copies of the writs of attachment annexed hereto as *Exhibit A*.

3. Entry of the within order is without prejudice to either Rosciti's and/or U.S. Fire's further application(s) to this Court for any order attaching additional assets, properties and/or effects of Rosciti and/or to modify and/or dissolve the writs of pre-judgment attachment with respect to any and all of Rosciti's right, title and/or interest, if any, in the assets, properties and/or effects identified in the copies of the writs of attachment annexed hereto as *Exhibit A*.

4. U.S. Fire and Rosciti, and each of them, hereby reserve any and/or all of the rights and/or remedies, whether at law or in equity, that may be available with respect to any further proposed pre-judgment attachments of any additional assets, properties and/or effects of Rosciti and/or Rosciti's efforts, if any, to modify and/or dissolve any issued writs of pre-judgment attachment.

Entered as an Order of this Court on this 14th day of March, 2008.

Entered:

Date: March 17, 2008

Ordered:

Date: March 14, 2008 Asst. Clerk

Agreed, consented and stipulated to:

United States Fire Insurance Company

By its Attorneys,

Theodore Orson (#3871)
**Orson & Brusini, Ltd.**
325 Angell Street
Providence, RI 02903
Tel. (401) 223-2100
Fax: (401) 861-3103
Email: torson@orsonandbrusini.com

Anthony F. Rosciti, Jr.

By his Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via facsimile and via first-class mail, prepaid postage upon the following on this 11th day of March, 2008:

Joseph DeAngelis, Esq.
Paul Moretti, Esq.
**Tillinghast, Licht, LLP**
Ten Weybosset Street, Suite 1000
Providence, RI 02903

William Delaney, Esq.
Reavis Cianciolo LLC
55 Dorrance St., Suite 200
Providence, RI 02903

Superior—Form 2
1-66

# State of Rhode Island and Providence Plantations

Providence, sc. SUPERIOR COURT

## WRIT OF ATTACHMENT

*To the Sheriffs of our several Counties, or to their Deputies:*

We command you to attach the goods and chattels and real estate of

Anthony F. Rosciti, Jr.
(Name of defendant)

of 15 Morgan Court
(Defendant's place of residence, including town and county)
Town of Lincoln, County of Providence

and also to attach the personal estate of the said Anthony F. Rosciti, Jr.
(Name of defendant)

in the hands or possession of Castle Equipment & Supply, Inc.
(Name of trustee)
c/o Joseph Deangelis, Esq.

of 10 Weybosset St., Providence, RI 02903
(Trustee's place of residence, including town and county)

as trustee of the said
(Name of defendant)

and also to attach his stock or shares in any banking association or incorporated company to the value of Two Million Three Hundred Eighty Three Thousand Nine Hundred Thirty Four and 23/100ths ($2,383,934.23) Dollars
(Amount of plaintiff's demand for judgment together with a reasonable allowance for interest and costs)

as demanded by United States Fire Insurance Company
(Name of plaintiff)

of 305 Madison Avenue, Morristown, New Jersey 07960
(Plaintiff's place of residence, including town and county)

on May 7, 2007
(Date of commencement of action)

in the Superior Court for Providence County ~~Counties~~, and make due return of this writ with your doings thereon.

You are also commanded to serve said defendant with a copy of this Writ of Attachment and of the return of service thereof [when summons and complaint are served upon said defendant in an action in connection with which said attachment is made.]*

[signature] #551
CLERK

Dated: March 14, 2008

(Seal of the Superior Court for the County).

*Matter in brackets not applicable when this is a subsequent attachment.

S-141

CIVIL ACTION,

FILE NO....07-2325...

SUPERIOR COURT

WRIT OF ATTACHMENT

UNITED STATES FIRE INSURANCE COMPANY

vs.

ANTHONY F. ROSCITI, JR.; HENRY ROSCITI, JR., AND AHR UTILITY CORP.

Theodore Orson, Esquire
Orson and Brusini Ltd.
ATTORNEY FOR PLAINTIFF

I, Michael T. Belinski, Bond Claim Consultant of ~~United States Fire Insurance Company~~, Plaintiff named in the within writ, make affidavit and say that United States Fire Insurance Company ha s a just claim against the defendant, Anthony F. Rosciti, Jr. named in said writ that is due, upon which he expects to recover in said action a sum sufficient to give jurisdiction to the Court to which said writ is returnable.

Michael Belinski

Subscribed and sworn to at Morristown, NJ in the county of Morris this 5th day of March A. D. ~~19~~ 2008

Sworn to and subscribed before me this

DAPHNEY G. TOUSSAINT
ID # 2363269
NOTARY PUBLIC OF NEW JERSEY

Daphney G. Toussaint