UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASTLE EQUIPMENT COMPANY,
Plaintiff,

vs. C.A. No. 07-98S

UNITED STATES FIRE INSURANCE CO.
Defendant,

vs.

ANTHONY ROSCITI
Third Party Defendant

**ASSENTED TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Castle Equipment Company and Third Party Defendant Anthony Rosciti, who respectfully requests that this Honorable Court enlarge the time within which they may file an opposition to Defendant United States Fire Insurance Company's Motion for Summary Judgment from July 7, 2008 to July 21, 2008 and they state as reasons therefore the following:

1. Defendant, United States Fire Insurance Company ("USFIC"), filed a Motion for Summary Judgment on or about June 27, 2008.
2. Plaintiff's counsel did not actually receive the Motion until Monday June 30, 2008.
3. The ten (10) days provided by Local Rule 7 for filing an opposition to the Motion includes the July 4th Holiday weekend.
4. Plaintiff and Third Party Defendant require the additional fourteen days to prepare an opposition to Plaintiff's Motion.

5. Defendant has assented to the allowance of this Motion.

6. By assenting to this Motion Defendants are not agreeing and/or acknowledging that Third Party Defendant, Anthony Rosciti, has a right to file an opposition to USFIC's Motion for Summary Judgment.

For the foregoing reasons Plaintiff, Castle Equipment Company and Third Party Defendant Anthony Rosciti, respectfully request that this Honorable Court enlarge the time within which they may file an opposition to Defendant's Motion for Summary Judgment from July 7, 2008 to July 21, 2008.

Respectfully submitted,
Plaintiff Castle Equipment Company
By and through its attorneys,

__/s/_______________________________

Lepizzera & Laprocina Counsellors at Law, Ltd.
Christian Potter # 5359
117 Metro Center Blvd. Suite 2001
Warwick, Rhode Island 02886
Tel: (401) 739-7397
Fax: (401) 384-6950
Email: cpotter@leplap.com

Third Party Defendant
Anthony Rosciti
By and through his attorneys,

_____________/s/___________________________

Christopher Mulhearn, Esquire
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
cmulhearn@frlawri.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2008 this document has been filed electronically with the Court, is available for viewing and down loading from the ECF system, and has been served upon registered counsel through the ECF system and upon the following counsel by first class mail, postage prepaid:

Christopher Kunkel
McElroy Deutsch Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

Adam R. Schwartz
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962

__/s/______________________
Christian C. Potter