# RELEASE & ASSIGNMENT

In consideration of the payment of FIFTY-SEVEN THOUSAND SIX HUNDRED NINETY-EIGHT Dollars and 75/100 ($57,698.75 ) by United States Fire Insurance Company ("U.S. Fire") to P.J. Keating Company ("PJK"), the receipt and adequacy of which is hereby acknowledged, PJK hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that PJK had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, PJK hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, PJK hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by PJK and shall remain in full force and effect in accordance with their terms.

PJK further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

*P.J. Keating Company*

Dated: 8/9/06

By: [signature]
Print: James Reardon
Title: President

Sworn to and subscribed before me the 9 day of August, 2006.

[signature]
Notary Public, State of MA
County of Worcester
My Commission expires: 10/15/2010

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

**Bank of America**
ACH R/T 011000138

1022

53-13/110 MA
82996

9/12/06

PAY TO THE ORDER OF P.J. KEATING COMPANY $ 69,762.98

SIXTY NINE THOUSAND SEVEN HUNDRED SIXTY TWO & 98/100 DOLLARS

James F Bruno

D O'Neil

MP

MEMO BURRILLVILLE

⑈001022⑈ ⑆011000138⑆ 004603273900⑈

## RELEASE & ASSIGNMENT

In consideration of the payment of SIXTY-NINE THOUSAND SEVEN HUNDRED SIXTY-TWO Dollars and 98/100 ($69,762.98) by United States Fire Insurance Company ("U.S. Fire") to P.J. Keating Company ("PJK"), the receipt and adequacy of which is hereby acknowledged, PJK hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that PJK had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

**Name of Contractor:** **South Shore Utility Contractors, Inc.**
**Name of Obligee:** **Town of Burrillville**
**Description of Project:** **Glendale Village Sanitary Sewers**
**Bond No.:** **610-2466659**

In further consideration of the aforesaid payment, PJK hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, PJK hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by PJK and shall remain in full force and effect in accordance with their terms.

PJK further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***P.J. Keating Company***

Dated: 8/9/06

By: [signature]
Print: James Desen
Title: President

Sworn to and subscribed before me the 9 day of August, 2006.

[signature]
Notary Public, State of MA
County of Worcester
My Commission expires: 10/15/2010

Claim # BDAD030
7415
Bond # 610-244163

Crum&Forster

United States Fire Insurance Company
The North River Insurance Company

PROOF OF CLAIM AND AFFIDAVIT OF LABORER, MATERIALMAN OR SUBCONTRACTOR

State of MASSACHUSETTS
County of WORCESTER

JAMES M. REGER (*Name of Signer*), being duly sworn on oath states that s/he is PRESIDENT (*Title - Owner, Partner or Officer*) of P.J. KEATING CO. (*Name of Claimant*) hereinafter called Claimant, with offices at LUNENBURG, MA (*Claimant's City and State*).

That s/he makes this affidavit on behalf of Claimant, and that s/he is empowered and entitled to so do, and that the statements herein contained are true:

That Claimant supplied labor and/or material to SOUTH SHORE UTILITY (*Name of Contractor*) hereinafter called Contractor, for use in the performance of Contractor's contract with CITY OF NEW BEDFORD, MA.

General Contract No. or Project description: NEW BEDFORD - EARL ST.

That Contractor owes Claimant for such material and/or labor the sum of $57,698.75 (*Amount Claimed*) As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

Claimant's contract and payment information:
Claimant's contract with Contractor was ✓ oral __ written (*if written a true copy of the contract is attached*)
Contract Date:__________, Original Contract Amount $__________, Net Change Orders $__________
Amount Received by Claimant to date: $__________.

That Claimant supplied its last labor or material to Contractor on the 5th day of May, 2006

That Claimant has satisfied in full all claims from its suppliers of labor, materials, or supplies purchased for use in connection with Claimant's subcontract with Contractor under the above described job except: (*attach bills owed by Claimant to its suppliers and subcontractors. If none, insert "No Exceptions)*

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. All documents supporting Claimant's claim that are in Claimant's possession are attached hereto.

ATTEST: [signature]

P.J. KEATING CO.
(*type claimant's name above*)

By [signature]

JAMES M. REGER
(*type signer's name above*)

Sworn to and subscribed before me, a Notary Public on this 15th day of MAY, 2006 at LUNENBURG, MA

Notary Public [signature]

JOANNE L. PAGNOTTA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
JULY 28, 2011

Bank of America
ACH R/T 011000138

1023

53-13/110 MA
82996

BEACON CONSULTING GROUP, INC
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

9/12/06

PAY TO THE ORDER OF Public Works Supply $ 23,685.22

Twenty Three Thousand Six Hundred Eighty Five & 22/100 DOLLARS

MEMO Earle St claim 3/20/06

⑈001023⑈ ⑆011000138⑆ 004603273900⑈

## RELEASE & ASSIGNMENT

In consideration of the payment of TWENTY-THREE THOUSAND SIX HUNDRED EIGHTY-FIVE Dollars and 22/100 ($23,685.22) by United States Fire Insurance Company ("U.S. Fire") to Public Works Supply ("PWS"), the receipt and adequacy of which is hereby acknowledged, PWS hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that PWS had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, PWS hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, PWS hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by PWS and shall remain in full force and effect in accordance with their terms.

PWS further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

***Public Works Supply***

Dated: August 22, 2006

By: [signature]
Print: John Giorioso
Title: Credit Manager

Sworn to and subscribed before me the 22 ND day of August, 2006.

[signature] Gloria A. Kelley
Notary Public, State of Massachusetts
County of Essex
My Commission expires: ____________

GLORIA A. KELLEY
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 12/04/2009

Bank of America
ACH R/T 011000138

1057

53-13/110 MA
82996

**BEACON CONSULTING GROUP, INC**
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

JAN 26, 2007

PAY TO THE ORDER OF SCITUATE CONCRETE PIPE CORP. $ 5,697.36

FIVE THOUSAND SIX HUNDRED NINETY SEVEN & 36/100 DOLLARS

MEMO EARLE ST

⑈001057⑈ ⑆011000138⑆ 004603273900⑈

# RELEASE & ASSIGNMENT

In consideration of the payment of FIVE THOUSAND SIX HUNDRED NINETY-SEVEN Dollars and 36/100 ($5,697.36) by United States Fire Insurance Company ("U.S. Fire") to Scituate Concrete Pipe Corp. ("Scituate"), the receipt and adequacy of which is hereby acknowledged, Scituate hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that Scituate had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, Scituate hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, Scituate hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by Scituate and shall remain in full force and effect in accordance with their terms.

Scituate further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

*Scituate Concrete Pipe Corp.*

Dated: 1/19/07

By: [signature]
Print: Richard W Hoffman
Title: Treasurer

Sworn to and subscribed before me the 19th day of January, 2006.

OFFICIAL SEAL
DONNA E. RAND
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires June 29, 2012

[signature] Donna E. Rand
Notary Public, State of MA
County of Plymouth
My Commission expires: 6/29/12

Bank of America
ACH R/T 011000138

1027

53-13/110 MA
82996

BEACON CONSULTING GROUP, INC
407R MYSTIC AVE UNIT 32C
MEDFORD, MA 02155

9/26/06

PAY TO THE ORDER OF WARWICK WINWATER WORKS $ 23,448.77

TWENTY THREE THOUSAND FOUR HUNDRED FORTY EIGHT & 77/100 DOLLARS

CLAIM DATE 6/26/06

MEMO EARLE ST. TOTAL

⑈001027⑈ ⑆011000138⑆ 004603273900⑈

**RELEASE & ASSIGNMENT**

In consideration of the payment of TWENTY-THREE THOUSAND FOUR HUNDRED FORTY-EIGHT Dollars and 77/100 ($23,448.77) by United States Fire Insurance Company ("U.S. Fire") to Warwick Winwater Works ("WWW"), the receipt and adequacy of which is hereby acknowledged, WWW hereby releases and forever discharges U.S. Fire, its officers, directors, employees, successors and assigns, from any and all loss, liability, claim, lien, and demand, known or unknown, that WWW had, now has or will ever have, sounding in contract, tort or otherwise, which arise out of or relate to the following:

| | |
|---|---|
| **Name of Contractor:** | **South Shore Utility Contractors, Inc.** |
| **Name of Obligee:** | **City of New Bedford** |
| **Description of Project:** | **Earle Street Sewer Separation** |
| **Bond No.:** | **610-2446391** |

In further consideration of the aforesaid payment, WWW hereby irrevocably assigns, transfers and sets over to U.S. Fire, its successors and assigns, all of its rights, title and interest in and to its claim against South Shore for all labor, materials, equipment and work furnished in connection with the above-referenced project; and; and the undersigned constitutes said assignee its true, lawful and irrevocable attorney to demand, receipt for and enforce payment of the said claim, and at its own expense to sue for the said sum so assigned either in the name of the undersigned, or in its own name.

As a further inducement to U.S. Fire for making payment at this time, WWW hereby agrees that all guarantees and warranties, express or implied, pertaining to the work, labor and materials furnished by WWW and shall remain in full force and effect in accordance with their terms.

WWW further warrants and represents and hereby certifies that all just and lawful billings, accounts and/or amounts due from the undersigned and/or its subcontractors or material suppliers for labor, material, equipment employed in the performance of this contract have been fully paid in accordance with the terms and conditions of said contract(s) and that there are no amounts for which the undersigned would be responsible under the above agreement, all amounts having been fully paid and other terms of the relevant subcontract, material supply contract or purchase order having been fully complied with by the undersigned.

*Warwick Winwater Works*

Dated: 9/25/06

By: [signature]
Print: Timothy J. Whall
Title: President

Sworn to and subscribed before me the 25 day of September, 2006.

[signature]
Notary Public, State of RI
County of Kent
My Commission expires: 2/7/2009

Claim #: BDU09307415
Bond #: 610-244639

Crum&Forster

United States Fire Insurance Company
The North River Insurance Company

PROOF OF CLAIM AND AFFIDAVIT OF LABORER, MATERIALMAN OR SUBCONTRACTOR

State of New York
County of Albany

Joseph Vellano (*Name of Signer*), being duly sworn on oath states that s/he is President (*Title - Owner, Partner or Officer*) of Vellano Bros, Inc (*Name of Claimant*) hereinafter called Claimant, with offices at 7 Hemlock Street, Latham NY 12110 (*Claimant's City and State*)

That s/he makes this affidavit on behalf of Claimant, and that s/he is empowered and entitled to so do, and that the statements herein contained are true.

That Claimant supplied labor and/or material to South Shore Utility Contractors Inc (*Name of Contractor*) hereinafter called Contractor, for use in the performance of Contractor's contract with City of New Bedford

General Contract No. or Project description: CWSRF 1726 Earle Street Sewer Seperation Bid 530

That Contractor owes Claimant for such material and/or labor the sum of $ 163,581.15 (*Amount Claimed*) As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

Claimant's contract and payment information:
Claimant's contract with Contractor was __oral ✓written (*if written a true copy of the contract is attached*)
Contract Date:__________, Original Contract Amount $ 163,581.15 Net Change Orders $________
Amount Received by Claimant to date: $______________.

That Claimant supplied its last labor or material to Contractor on the 18 day of January, 2006

That Claimant has satisfied in full all claims from its suppliers of labor, materials, or supplies purchased for use in connection with Claimant's subcontract with Contractor under the above described job except: (*attach bills owed by Claimant to its suppliers and subcontractors. If none, insert "No Exceptions*)

no exceptions

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. All documents supporting Claimant's claim that are in Claimant's possession are attached hereto.

ATTEST:

R F McCarthy

Vellano Bros Inc.
(*type claimant's name above*)

By [signature]

Joseph Vellano
(*type signer's name above*)

Sworn to and subscribed before me, a Notary Public on this 29 day of March, 2006 at

R F McCarthy
Notary Public

Robert F. McCarthy
Notary Public, State of New York
No. 4977324
Qualified in Saratoga County
My Commission Expires Feb. 4 07

Claim #: BNLC0320058
Bond #: 610-246665

Crum&Forster

United States Fire Insurance Company
The North River Insurance Company

PROOF OF CLAIM AND AFFIDAVIT OF LABORER, MATERIALMAN OR SUBCONTRACTOR

State of New York
County of Albany

Joseph Vellano (*Name of Signer*), being duly sworn on oath states that s/he is President (*Title - Owner, Partner or Officer*) of Vellano Bros Inc (*Name of Claimant*) hereinafter called Claimant, with offices at 7 Hemlock Street Latham NY 12110 (*Claimant's City and State*).

That s/he makes this affidavit on behalf of Claimant, and that s/he is empowered and entitled to so do, and that the statements herein contained are true:

That Claimant supplied labor and/or material to South Shore Utility Contractors Inc (*Name of Contractor*) hereinafter called Contractor, for use in the performance of Contractor's contract with Town of Burrillville / Village of Glendal

General Contract No. or Project description: Glendale Village Sewer Contract No 19A-2

That Contractor owes Claimant for such material and/or labor the sum of $ 21,899.47 (*Amount Claimed*) As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

Claimant's contract and payment information:
Claimant's contract with Contractor was __oral X written (*if written a true copy of the contract is attached*)
Contract Date: Open Account Original Contract Amount $ 21,899.47, Net Change Orders $________
Amount Received by Claimant to date: $ 21,899.47.

That Claimant supplied its last labor or material to Contractor on the 29 day of November 20 06

That Claimant has satisfied in full all claims from its suppliers of labor, materials, or supplies purchased for use in connection with Claimant's subcontract with Contractor under the above described job except: (*attach bills owed by Claimant to its suppliers and subcontractors. If none, insert "No Exceptions*)

No Exceptions

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. All documents supporting Claimant's claim that are in Claimant's possession are attached hereto.

ATTEST: R F McCarthy

Vellano Bros, Inc
(*type claimant's name above*)

By Joseph Vellano, Pres
(*type signer's name above*)

Sworn to and subscribed before me, a Notary Public on this 3 day of April, 20 07

R F McCarthy
Notary Public

Robert F. McCarthy
Notary Public, State of New York
No. 4977324
Qualified in Saratoga County
My Commission Expires Feb. 4

Robert F. McCarthy
Notary Public, State of New York
No. 4977324
Qualified in Saratoga County
My Commission Expires Feb. 4, 07