Exhibit "C"

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1883
Invoice Date: 3/03/05
Due Date: 3/03/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E033 | Bare Rental-Terex TXC225 LC-1 3/3/05-4/2/05 | 5,500.0000 | MO | 5,500.00 |

| | |
|---|---|
| Subtotal: | 5,500.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $5,500.00 |

Thank You

CASTLE
EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 1908
Invoice Date: 4/03/05
Due Date: 4/03/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | L358 | Bare Rental-Terex SKL873 4/3/05-5/2/05 | 4,500.0000 | | 4,500.00 |
| 1.00 | TS0810TL | Bare Rental 8x10 Trench Box 4/3/05-5/2/05 | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0608TL3KE | Bare Rental 6x8 Trench Box 4/3/05-5/2/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0816TL3KE | Bare Rental-8x16 Trench Box 4/3/05-5/2/05 | 1,500.0000 | | 3,000.00 |

| | |
|---|---|
| Subtotal: | 10,000.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $10,000.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1927
Invoice Date: 5/02/05
Due Date: 5/02/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E033 | Bare Rental-TXC225 5/2/05-6/1/05 | 5,500.0000 | | 5,500.00 |
| 1.00 | E020 | Bare Rental-TXC300 5/4/05-6/3/05 | 7,500.0000 | | 7,500.00 |
| 1.00 | L358 | Bare Rental-Terex SKL873 5/1/05-5/30/05 | 4,500.0000 | | 4,500.00 |
| 1.00 | TS0608TL3KE | Bare Rental-6x8 Trench Box 5/1/05-5/30/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | RP20 | Bare Rental-8x20 Road Plate 5/1/05-5/30/05 | 875.0000 | | 1,750.00 |
| 2.00 | TS0816TL3KE | Bare Rental-8x16 Trench Box 5/1/05-5/30/05 | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0810TL3KE | Bare Rental-8x10 Trench Box 5/1/05-5/30/05 | 1,200.0000 | | 1,200.00 |

| | |
|---|---|
| Subtotal: | 24,450.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $24,450.00 |

Thank You

CASTLE
EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 1930
Invoice Date: 6/01/05
Due Date: 6/01/05
Terms: Upon Receipt
Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | L358 | Bare Rental-Terex SKL873 6/1/05-6/30/05 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Bare Rental Terex TXC225 6/1/05-6/30/05 | 5,500.0000 | | 5,500.00 |
| 1.00 | TS0810TL | Bare Rental 8x10 Trench Box 6/1/05-6/30/05 | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0608TL3KE | Bare Rental 6x8 Trench Box 6/1/05-6/30/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0816TL3KE | Bare Rental-8x16 Trench Box 6/3/05-7/2/05 | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | Bare Rental-6x6 Trench Box 6/1/05-6/30/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | Bare Rental 8x20 Road Plate 6/1/05-6/30/05 | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1970
Invoice Date: 7/01/05
Due Date: 7/01/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 7/1/05-7/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

| | | | |
|---|---|---|---|
| Invoice #: | 2004 | Your PO #: | New Bedford |
| Invoice Date: | 8/01/05 | Customer #: | 522 |
| Due Date: | 8/01/05 | Work Order #: | Multiple |
| Terms: | Upon Receipt | | |

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 8/1/05-8/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E044 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 23,750.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $23,750.00 |

Thank You

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2024
Invoice Date: 9/01/05
Due Date: 9/01/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 9/1/05-9/30/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2044 Your PO #: New Bedford
Invoice Date: 10/01/05 Customer #: 522
Due Date: 10/01/05 Work Order #: Multiple
Terms: Upon Receipt

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 10/1/05-10/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E040 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | L043 | Komatsu 530 | 3,000.0000 | | 3,000.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,200.0000 | | 2,400.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 24,650.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $24,650.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2072
Invoice Date: 11/05/05
Due Date: 11/05/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 11/1/05-11/30/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E040 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E044 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E028 | TerexTXC300 | 7,500.0000 | | 7,500.00 |
| 1.00 | E027 | Terex TXC175 | 4,500.0000 | | 4,500.00 |
| 1.00 | L043 | Komatsu 530 | 3,000.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS08083TL3KE | 8x8 Trench Box | 1,200.0000 | | 1,200.00 |
| 1.00 | TS0810TL | 8x10 Trench Box | 1,200.0000 | | 1,200.00 |
| 2.00 | TS0812TL3KE | 8x12 Trench Box | 1,500.0000 | | 3,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 45,150.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $45,150.00 |

Thank You

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2104
Invoice Date: 12/06/05
Due Date: 12/06/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 12/1/05-12/31/05 | | | |
| 1.00 | E044 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E028 | TerexTXC300 | 7,500.0000 | | 7,500.00 |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | L043 | Komatsu 530 | 3,000.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,200.0000 | | 2,400.00 |
| 1.00 | TS0816DW3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 27,150.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $27,150.00 |

Thank You

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2120
Invoice Date: 1/02/06
Due Date: 1/02/06
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 1/2/06-1/31/06 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E027 | TerexTXC140 | 3,500.0000 | | 3,500.00 |

| | |
|---|---|
| Subtotal: | 8,000.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $8,000.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2146
Invoice Date: 1/02/06
Due Date: 1/02/06
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 2/1/06-2/28/06 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E027 | Terex TXC175 | 4,500.0000 | | 4,500.00 |

| | |
|---|---|
| Subtotal: | 9,000.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $9,000.00 |

Thank You

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 1893 Your PO #:
Invoice Date: 5/01/06 Customer #: 522
Due Date: 5/01/06 Work Order #:
Terms: Upon Receipt

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 2.00 | PB7-65011 | 2" Submersible Pump | 449.0000 | Ea | 898.00 |

ENTERED

| | |
|---|---|
| Subtotal: | 898.00 |
| Tax: | 62.86 |
| Other: | 0.00 |
| Shipping: | 36.12 |
| Total: | $996.98 |

Thank You

Exhibit "D"

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2103
Invoice Date: 12/01/05
Due Date: 12/01/05
Terms: Upon Receipt

Your PO #: Burrilleville
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: Burrillville Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 12/1/05-12/31/05 | | | |
| 1.00 | E991 | Terex HR32 W/ Compactor | 6,000.0000 | | 6,000.00 |
| 1.00 | E026H | Terex TXC175 W/Hammer | 10,000.0000 | | 10,000.00 |

| | |
|---|---|
| Subtotal: | 16,000.00 |
| Tax: | 1,120.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $17,120.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2069
Invoice Date: 11/01/05
Due Date: 11/01/05
Terms: Upon Receipt

Your PO #: Burrilleville
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: Burrillville Job



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 11/1/05-11/30/05 | | | |
| 1.00 | E991 | Terex HR32 W/ Compactor | 6,000.0000 | | 6,000.00 |
| 1.00 | E026H | Terex TXC175 W/Hammer | 10,000.0000 | | 10,000.00 |
| 1.00 | E038 | Terex TXC140 | 3,500.0000 | | 3,500.00 |

| | |
|---|---|
| Subtotal: | 19,500.00 |
| Tax: | 1,365.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $20,865.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2042
Invoice Date: 10/01/05
Due Date: 10/01/05
Terms: Upon Receipt

Your PO #: Burrilleville
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 10/1/05-10/31/05 | | | |
| 1.00 | E991 | Terex HR32 W/ Compactor | 6,000.0000 | | 6,000.00 |
| 1.00 | E026H | Terex TXC175 W/Hammer | 10,000.0000 | | 10,000.00 |

| | |
|---|---|
| Subtotal: | 16,000.00 |
| Tax: | 1,120.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $17,120.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2025
Invoice Date: 9/01/05
Due Date: 9/01/05
Terms: Upon Receipt

Your PO #: Burrilleville
Customer #: 522
Work Order #: 1196

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E991 | Bare Rentals 9/1/05-9/30/05<br>Terex HR32 W/ Compactor | 6,000.0000 | | 6,000.00 |

| | |
|---|---|
| Subtotal: | 6,000.00 |
| Tax: | 420.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $6,420.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2001
Invoice Date: 8/01/05
Due Date: 8/01/05
Terms: Upon Receipt

Your PO #: Burrilleville
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 8/1/05-8/31/05 | | | |
| 1.00 | E991 | Terex HR32 W/ Compactor | 6,000.0000 | | 6,000.00 |
| 1.00 | E018 | Terex TXC175 W/Hammer | 10,000.0000 | | 10,000.00 |

| | |
|---|---|
| Subtotal: | 16,000.00 |
| Tax: | 1,120.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $17,120.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1968
Invoice Date: 7/01/05
Due Date: 7/01/05
Terms: Upon Receipt

Your PO #: Burrilleville
Customer #: 522
Work Order #: 1143

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E991 | Bare Rental -Terex HR32 W/ Compactor 7/2/05-8/1/05 | 6,000.0000 | | 6,000.00 |

| | |
|---|---|
| Subtotal: | 6,000.00 |
| Tax: | 420.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $6,420.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

| | | | |
|---|---|---|---|
| Invoice #: | 1942 | Your PO #: | Burrilleville |
| Invoice Date: | 6/01/05 | Customer #: | 522 |
| Due Date: | 6/01/05 | Work Order #: | 1154 |
| Terms: | Upon Receipt | | |

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E991 | Bare Rental -Terex HR32 W/ Compactor 6/1/05-6/30/05 | 6,000.0000 | | 6,000.00 |

| | |
|---|---|
| Subtotal: | 6,000.00 |
| Tax: | 420.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $6,420.00 |

Thank You

# INVOICE

CASTLE EQUIPMENT COMPANY

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1925
Invoice Date: 5/05/05
Due Date: 5/05/05
Terms: Upon Receipt

Your PO #: Burrilleville
Customer #: 522
Work Order #: 1227

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E991 | Bare Rental -Terex HR32 5/5/05-6/4/05 | 6,000.0000 | | 6,000.00 |

| | |
|---|---|
| Subtotal: | 6,000.00 |
| Tax: | 420.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $6,420.00 |

Thank You