UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CASTLE EQUIPMENT COMPANY,
Plaintiff,

vs. C.A. No. 07-98-S-DLM
(Consolidated with 08-96)

UNITED STATES FIRE INSURANCE CO.,
Defendant,

vs.

ANTHONY F. ROSCITI, JR.,
Third-Party Defendant.

**ASSENTED-TO MOTION TO ENLARGE TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO FILE OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, United States Fire Insurance Company ("US Fire"), in the above-captioned action and pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LR Cv 7, respectfully requests that this Honorable Court extend the time within which it may file (i) a reply memorandum to Plaintiff, Castle Equipment Company's ("Castle") opposition to US Fire's Motion for Summary Judgment, and (ii) an opposition to Castle's Cross-Motion for Summary Judgment. Presently, US Fire's reply and opposition memorandum is currently due on August 11, 2008. As grounds for this motion, US Fire states the following:

1. US Fire filed a Motion for Summary Judgment in this matter on June 27, 2008.

2. On July 21, 2008, Castle filed its opposition to US Fire's Motion for Summary Judgment and also filed a Cross-Motion for Summary Judgment.

3. On August 5, 2008, the Court referred the motions to Magistrate Judge David L. Martin for report and recommendation.

4. On August 8, 2008, the Court entered an Order setting a hearing date for the motions for September 8, 2008 before Magistrate Judge David L. Martin.

5. US Fire requires an additional extension of time up to and including August 14, 2008, to prepare and file its reply memorandum and opposition to Castle's Cross-Motion for Summary Judgment.

6. Plaintiff has assented-to the allowance of this motion.

**WHEREFORE,** US Fire respectfully requests that this Honorable Court enlarge the time up to and including August 14, 2008 within which it may file (i) a reply memorandum to Castle's opposition to US Fire's Motion for Summary Judgment, and (ii) an opposition to Castle's Cross-Motion for Summary Judgment.

UNITED STATES FIRE INSURANCE COMPANY,
Defendant,
By its Attorneys,

/s/ Stephen J. Brouillard
Stephen J. Brouillard, Esq. # 6284
Orson and Brusini Ltd.
325 Angell Street
Providence, RI 02906
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: sbrouillard@orsonandbrusini.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2008 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served by first class mail, postage prepaid, on the following individuals:

/s/ Stephen J. Brouillard