Bond # 610-246665

Crum&Forster

United States Fire Insurance Company
The North River Insurance Company

## PROOF OF CLAIM AND AFFIDAVIT OF LABORER, MATERIALMAN OR SUBCONTRACTOR

State of Rhode Island
County of ____________

Anthony Rosciti (*Name of Signer*), being duly sworn on oath states that s/he is Owner (*Title - Owner, Partner or Officer*) of Castle Equipment Company (*Name of Claimant*) hereinafter called Claimant, with offices at Johnston, RI (*Claimant's City and State*).

That s/he makes this affidavit on behalf of Claimant, and that s/he is empowered and entitled to so do, and that the statements herein contained are true:

That Claimant supplied labor and/or material /equipment to South Shore Utility Contractors (*Name of Contractor*) hereinafter called Contractor, for use in the performance of Contractor's contract with The City of New Bedford

General Contract No or Project description: Earle Sreet Sewer Project

That Contractor owes Claimant for such material and/or labor / equipment the sum of $233,896.98* (*Amount Claimed*) As per itemized statement attached hereto, after the application by Claimant to said amount of all back-charges, offsets, claims, collateral, or any other credits, and that Claimant is not indebted to Contractor on this or any other account;

* Does not include interest and attorney's fees

Claimant's contract and payment information:
Claimant's contract with Contractor was x oral __written (*if written a true copy of the contract is attached*)
Contract Date: ** , Original Contract Amount $233396.98 , Net Change Orders $________
Amount Received by Claimant to date: $ 0.00

** various see itemized statement and invoices previously provied. In addition

That Claimant supplied its last labor or material to Contractor on the 1st day of May, 2006

see Equipment Rental Contracts attached hereto.

~~That Claimant has satisfied all [illegible] supplies [illegible] in connection with Claimant's subcontract with Contractor [illegible] (attach [illegible]) (No Exceptions)~~

N/A

That Claimant makes this affidavit to support claim against the surety bond supplied by Contractor and as an inducement for said Surety to pay. XXX documents supporting Claimant's claim that are in Claimant's possession are attached hereto. or have been previously provided.

ATTEST:

______________________
(*type claimant's name above*)

By [signature]

Anthony Rosciti
(*type signer's name above*)

Sworn to and subscribed before me, a Notary Public on this 6 day of September, 2006 at

[signature] 12-1-09
Notary Public

DEFENDANT'S EXHIBIT 10 Clifford
PENGAD 800-631-6989

Itemized Statement
Castle Equipment
Proof of Claim
Earl Street Sewer Project

| Invoice Date | Invoice # | Amount |
|---|---|---|
| 5/1/06 | 1893 | $996.98 |
| 1/2/06 | 2120 | $8,000.00 |
| 1/2/06 | 2146 | $9,000.00 |
| 12/6/05 | 2104 | $27,150.00 |
| 11/5/05 | 2072 | $45,150 00 |
| 10/1/05 | 2044 | $24,650.00 |
| 9/1/05 | 2024 | $18,250.00 |
| 8/1/05 | 2004 | $23,750.00 |
| 7/1/05 | 1970 | $18,250.00 |
| 6/1/05 | 1930 | $18,250.00 |
| 5/2/05 | 1922 | $24,450.00 |
| 4/3/05 | 1908 | $10,000.00 |
| 3/3/05 | 1883 | $5,500.00 |
| Total: | | $233,396.98 * |

*Does not include interest or attorney's fees

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2120 | Your PO #: New Bedford
Invoice Date: 1/02/06 | Customer #: 522
Due Date: 1/02/06 | Work Order #: Multiple
Terms: Upon Receipt

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 1/2/06-1/31/06 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E027 | TerexTXC140 | 3,500.0000 | | 3,500.00 |

| | |
|---|---|
| Subtotal: | 8,000.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $8,000.00 |

Thank You

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1291

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 140 SERIAL NUMBER: 70027
DESCRIPTION: Screener HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 95,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 1/1/06 / 1/31/06

RENTAL CHARGES: $ 7,100 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 7100

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1 Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage. costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I.

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

Submitted By: ______________________________
(Salesman)

Accepted and approved on: ______________________________

By: ______________________________

Title: ______________________________

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs

CASTLE
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1295

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________________ Telephone (____) ________
(Address of Lessee)

____________________ Fax (____) ________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 358

DESCRIPTION: ____________ HRS OUT: ____________

PURCHASE OPTION: Loader

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 1/1/06 / 1/31/06

RENTAL CHARGES: $4,500 DAY, WEEKS, MONTH (circled: MONTH)

INSURANCE CHARGE: $ ________ DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1 Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no represenation of warranty, expressed or implied, as to the equipment's fitness merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: ____________________
(Salesman)

Accepted and approved on: ____________________

By: ____________________

Title: ____________________

____________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________________
(Street and number)

____________________
(City) (State) (Zip code)

By: ____________________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to B

____________________
PERSONAL GUARANTOR

____________________
RETURNED DATE / Hrs.

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2146
Invoice Date: 1/02/06
Due Date: 1/02/06
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 2/1/06-2/28/06 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E027 | Terex TXC175 | 4,500.0000 | | 4,500.00 |

| | |
|---|---|
| Subtotal: | 9,000.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $9,000.00 |

Thank You

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1289

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______
(Address of Lessee)

______________________ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Terex MODEL: SKL 872 SERIAL NUMBER: 358
DESCRIPTION: Loader HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 2/1/06 , 2/28/06

RENTAL CHARGES: $ 4500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 7500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2 Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent. (18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to ()

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1288

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 175 SERIAL NUMBER: 20027
DESCRIPTION: Excavator HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mc Pherson Bridge

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 115,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 2/1/06 / 2/28/06

RENTAL CHARGES: $ 4100 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4100

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form.

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs.

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2104
Invoice Date: 12/06/05
Due Date: 12/06/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 12/1/05-12/31/05 | | | |
| 1.00 | E044 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E028 | TerexTXC300 | 7,500.0000 | | 7,500.00 |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | L043 | Komatsu 530 | 3,000.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,200.0000 | | 2,400.00 |
| 1.00 | TS0816DW3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 27,150.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $27,150.00 |

Thank You

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1250

REF. ____________

hereby leases/rents to Southshore Vh... herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ________
(Address of Lessee)

______________________ Fax (____) ________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 358

DESCRIPTION: Loader HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mc Donald

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 12/1/05 , 12/31/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 4500

## ADDITIONAL TERMS AND CONDITIONS

1 Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2 Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8 Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan C. Flood
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

________________________
(Street and number)

________________________
(City) (State) (Zip code)

By: ________________________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________________________
PERSONAL GUARANTOR

________________________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1246

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 175 SERIAL NUMBER: J0044
DESCRIPTION: TXC HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☒ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 139,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 12/1/05

RENTAL CHARGES: $ 5500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____% TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 5500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form.

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to it.

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1247

REF. ________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ________ Telephone (____) ________
(Address of Lessee)

________ Fax (____) ________

and LESSEE hereby leases from the LESSOR, the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#________

MAKE: Terex MODEL: TX 1700 SERIAL NUMBER: 7...LP
DESCRIPTION: 4x4 HRS OUT: ________
PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☒ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

INSURED VALUE: 189,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 12/3/05, 1/2/06

RENTAL CHARGES: $ 7,700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 7700

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness. merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1252

REF.________________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)__________
(Address of Lessee)

______________________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID#__________

MAKE: Komatsu MODEL: 570 SERIAL NUMBER: 581043
DESCRIPTION: Loader HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☒ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

INSURED VALUE: 20,000

Lessee's Insurance Carrier __________

Tax Exempt Certificate No __________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ __________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 12/1/05 / 12/11/05

RENTAL CHARGES: $2000 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 2000

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned. jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection. including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1281

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (_____) ________
(Address of Lessee)

______________________________ Fax (_____) ________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ________

MAKE: Speedshore MODEL: 6Y6 Trench Box SERIAL NUMBER: 4-2498
DESCRIPTION: ______________ HRS OUT: ______________
PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 4,000

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 12/1/05, 12/11/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH (circled)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2 Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty. expressed or implied. as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R I

Submitted By: ______________
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection. including reasonable attorney s fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract No. 1284

REF. ____________

hereby leases/rents to Customer Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 3X10 Trench SERIAL NUMBER: 4-2510

DESCRIPTION: ______________________________ HRS OUT: ____________

PURCHASE OPTION: ______________________________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: ______________________________

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (MONTHS circled)

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 12/1/05 / 12/31/05

RENTAL CHARGES: $ 1700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1,700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability. damage. costsor expenses whatsoever. 8 Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied. as to the equipment's fitness. merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R I

Submitted By: [illegible] (Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

I In consideration of extending credit to the above the undersigned. jointly, severally. and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection. including reasonable attorney's fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1283

REF. ____________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8X10 Metal SERIAL NUMBER: 4-2509
DESCRIPTION: ____________ HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 12/1/05 / 12/31/05

RENTAL CHARGES: $ 1700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1254

REF. ____________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions. repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Sweldson MODEL: 8X16 Trench Box SERIAL NUMBER: [illegible]
DESCRIPTION: ____________ HRS OUT: 1,171
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 4,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/11/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

_______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability damage costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned. jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection. including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1286

REF. ____________

hereby leases/rents to Sub-Urban Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8 X 70 Road Plate SERIAL NUMBER: ____________
DESCRIPTION: ____________ HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 6,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: ____________ / ____________

RENTAL CHARGES: $ 170 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 170

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form.

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to the

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2072
Invoice Date: 11/05/05
Due Date: 11/05/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 11/1/05-11/30/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1 00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E040 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E044 | Terex TXC225 | 5,500.0000 | | 5,500 00 |
| 1 00 | E028 | TerexTXC300 | 7,500.0000 | | 7,500.00 |
| 1 00 | E027 | Terex TXC175 | 4,500.0000 | | 4,500.00 |
| 1.00 | L043 | Komatsu 530 | 3,000.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS08083TL3KE | 8x8 Trench Box | 1,200.0000 | | 1,200.00 |
| 1.00 | TS0810TL | 8x10 Trench Box | 1,200.0000 | | 1,200.00 |
| 2.00 | TS0812TL3KE | 8x12 Trench Box | 1,500.0000 | | 3,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 45,150.00 |
| Tax: | 0 00 |
| Other: | 0.00 |
| Shipping: | 0 00 |
| Total: | $45,150 00 |

Thank You

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1266

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______________
(Address of Lessee)

______________________ Fax (____) ______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______________

MAKE: Terex MODEL: SKL 872 SERIAL NUMBER: 758
DESCRIPTION: Loader HRS OUT: ______________
PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/31/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

_______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan C. Ford (signature)
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to t

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1262

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 70040
DESCRIPTION: 4x4 HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 139,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 , 11/31/05

RENTAL CHARGES: $ 5300 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5300

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator. 2 Furnish full insurance certificate (loss payee). 3 Perform all daily required maintenance and checks. 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Don Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be changes during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1270

REF. ______

hereby leases/rents to Sunshine Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property. with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Terex MODEL: TX(225 SERIAL NUMBER: 30074
DESCRIPTION: 4x4 HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☒ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

INSURED VALUE: 70,000

STARTING DATE: 11/2/05, 12/1/05

Lessee's Insurance Carrier ______

RENTAL CHARGES: $5000 DAY, WEEKS, MONTH

Tax Exempt Certificate No. ______
(Attach copy of certificate)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

Payment Received : ck # ______ Amount $ ______

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: [signature] Clifford
(Salesman)

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

Accepted and approved on: ______

______
(Street and number)

By: ______

______
(City) (State) (Zip code)

Title: ______

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1263

REF. ____________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Terex MODEL: TX C 72 5 SERIAL NUMBER: 20077
DESCRIPTION: 5x ( HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☒ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 125,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/31/05

RENTAL CHARGES: $ 1700 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____________ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI, unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer most notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1273

REF. ______

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Komatsu MODEL: 570 SERIAL NUMBER: 38147
DESCRIPTION: Loader HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (MONTHS circled)

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

INSURED VALUE: 20,000

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

Lessee's Insurance Carrier ______

STARTING DATE: 11/1/05 / 11/31/05

Tax Exempt Certificate No. ______
(Attach copy of certificate)

RENTAL CHARGES: $ 7020 DAY, WEEKS, MONTH (MONTH circled)

Payment Received : ck # ______ Amount $ ______

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 7000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston. RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the accoum will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage. costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1279

REF. ____________

hereby leases/rents to ~~[illegible]~~ South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)____________
(Address of Lessee)

______________________________ Fax (____)____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#____________

MAKE: Spiss Johnson MODEL: 8 X 10 Trench SERIAL NUMBER: 2510
DESCRIPTION: ______ Box HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mc - D??? ?????

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 7700

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/31/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1200

### ADDITIONAL TERMS AND CONDITIONS

1 Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25 00 handling chargefor returned checks 3. Rates are FOB Johnston. RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1274

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ________
(Address of Lessee)

______________________________ Fax (____) ________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ________

MAKE: Terex MODEL: TXC 300 SERIAL NUMBER: 20078
DESCRIPTION: 4 X C HRS OUT: ________
PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mr. Clifford

TERMS OF LEASE: 1 DAY. WEEKS. (MONTHS)

INSURED VALUE: 184,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No. ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/7/05 / 12/7/05

RENTAL CHARGES: $ 7000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS. MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 7000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied. as to the equipment's fitness, merchantability. quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Don Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees. A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL
Contract No. 1269

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Terex MODEL: TXC 175 SERIAL NUMBER: J0077
DESCRIPTION: 4xc. HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: N. Bedford

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE
☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/31/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: [signature] Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1282

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)__________
(Address of Lessee)

______________________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts. additions. repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#__________

MAKE: Southshore MODEL: 6 X X Trench SERIAL NUMBER: n/a

DESCRIPTION: ____________ 0 ___ HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Ne- Old Rd

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 4500

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05, 11/31/05

RENTAL CHARGES: $ 1020 DAY, WEEKS, MONTH (circled: MONTH)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1020

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability. damage. costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned. jointly, severally. and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection. including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1275

REF.________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ________ Telephone (____)______
(Address of Lessee)

________ Fax (____)______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#______

MAKE: Spudshwr MODEL: 6X( Trench SERIAL NUMBER: 4-2798
DESCRIPTION: Box HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 4000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/31/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, cost or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Don Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1259

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______
(Address of Lessee)

______________________ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ______

MAKE: Speedshore MODEL: 8X20 Plate SERIAL NUMBER: ______
DESCRIPTION: ______
PURCHASE OPTION: ______ Plate HRS OUT: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mill Bluff/L

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 6000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/31/05

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1750

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2 Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability damage costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1238

REF.________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ________ Telephone (____)______
(Address of Lessee)

________ Fax (____)______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

**DESCRIPTION** EQUIP. ID#______

MAKE: Spaulshore MODEL: 9 x 12 Trench Box SERIAL NUMBER 4-2516
DESCRIPTION:______ HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

INSURED VALUE: 8500

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

Lessee's Insurance Carrier ______

STARTING DATE: 11/1/05 / 11/31/05

Tax Exempt Certificate No. ______
(Attach copy of certificate)

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

Payment Received : ck # ______ Amount $ ____

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever. 8. Customer must notify immediately the Lessor of any contingencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipments fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on:______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1280

REF ______________

hereby leases/rents to Sunshine Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ______________
(Address of Lessee)

______________________________ Fax (____) ______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# __________

MAKE: Speedshore MODEL: 8X12 Trench Box SERIAL NUMBER: 4-7515
DESCRIPTION: ______________________________ HRS OUT: __________
PURCHASE OPTION: ______________________________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mc Odell

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

INSURED VALUE: 8,500

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No ______________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 / 11/31/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1 Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no represenlation of warranty expressed or implied. as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Cliffel
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees. A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

**CASTLE** EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL
Contract № 1277

REF. ______

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions. repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Speedshore MODEL: 8x8 Trench SERIAL NUMBER: 4-7106
DESCRIPTION: Box HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (MONTHS circled)

INSURED VALUE: 6000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 11/1/05 , 11/31/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY. ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1200

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the accont will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability. damage costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty. expressed or implied. as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs