CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2044 Your PO #: New Bedford
Invoice Date: 10/01/05 Customer #: 522
Due Date: 10/01/05 Work Order #: Multiple
Terms: Upon Receipt

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

SHIP TO: New Bedford Job

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 10/1/05-10/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4.500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E040 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | L043 | Komatsu 530 | 3,000.0000 | | 3,000.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,200.0000 | | 2,400.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1.000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1.750.00 |

| | |
|---|---|
| Subtotal: | 24,650.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $24.650.00 |

Thank You

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1218

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Case MODEL: SCL 577 SERIAL NUMBER: 758
DESCRIPTION: wheel loader HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 115,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______ % TAX: $ ______ DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1245

REF. ________________

hereby leases/rents to Sunshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ________

MAKE: Terex MODEL: TXC 175 SERIAL NUMBER: 20037

DESCRIPTION: 4x4 HRS OUT: ________

PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Ad Fill

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

INSURED VALUE: 175,000

Lessee's Insurance Carrier ________

STARTING DATE: 12/1/05 / 12/31/05

Tax Exempt Certificate No. ________
(Attach copy of certificate)

RENTAL CHARGES: $5700 DAY, WEEKS, MONTH

Payment Received : ck # ________ Amount $ ________

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear. tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition. 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability damage. costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: M. Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL Contract 1228

REF. ______

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

**DESCRIPTION** EQUIP. ID# ______

MAKE: Terex MODEL: TXC225 SERIAL NUMBER: 20040
DESCRIPTION: 4x..
PURCHASE OPTION: ______ HRS OUT: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 135,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 5700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5700

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL
Contract № 1253

REF. ______________

hereby leases/rents to Southcoast Utility herein called "LESSEE",
(Name of Lessee)

of ______________ Telephone (____) ______
(Address of Lessee)

______________ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ______

MAKE: Komatsu MODEL: 530 SERIAL NUMBER: 781047
DESCRIPTION: Loader HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☑ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

INSURED VALUE: 20,000

Lessee's Insurance Carrier ______

STARTING DATE: 10/1/05 / 10/31/05

Tax Exempt Certificate No ______
(Attach copy of certificate)

RENTAL CHARGES: $ 7000 DAY, WEEKS, MONTH

Payment Received : ck # ______ Amount $ ______

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

## TOTAL CHARGES DUE IN ADVANCE

______ % TAX: $ — DAY, WEEKS, MONTH

$ TOTAL 7000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment promted on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: [signature]
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1220

REF. ____________

hereby leases/rents to Gustafson Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 6 X 6 Trench Box SERIAL NUMBER: 4-2498
DESCRIPTION: ____________ HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 4000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 1000 DAY, WEEKS. MONTH

INSURANCE CHARGE: $ — DAY, WEEKS. MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston, RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees. A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1225

REF. ____________

hereby leases/rents to Sunshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________________ Telephone (____) ____________
(Address of Lessee)

____________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8x20 Road (2) SERIAL NUMBER: ____________
DESCRIPTION: Plates HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 6,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/08 / 10/31/08

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1750

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifton
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract # 1257

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#______

MAKE: Speedshore MODEL: 8X10 Trench Box SERIAL NUMBER: 4-7510
DESCRIPTION: ______ HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: ______

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/11/05 / 10/31/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1200

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1278

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ________

MAKE: Speedshore MODEL: 8 X 10 Track SERIAL NUMBER: 4-7509
DESCRIPTION: ______________ Ox HRS OUT: ________
PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 7500

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 10/1/05 / 10/31/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1200

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to the

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

# INVOICE

Invoice #: 2024
Invoice Date: 9/01/05
Due Date: 9/01/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919



| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 9/1/05-9/30/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

**CASTLE**
**EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1203

REF. ________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ________ Telephone (___) ________
(Address of Lessee)

________ Fax (___) ________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ________

MAKE: Takeuchi MODEL: SKL 873 SERIAL NUMBER: 758

DESCRIPTION: Wheel Loader HRS OUT: ________

PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: N/W Oldfield

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 , 9/31/05

RENTAL CHARGES: $ 4,500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage. costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1199

REF.______________

hereby leases/rents to Jonshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)__________
(Address of Lessee)

______________________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#__________

MAKE: Terex MODEL: Txc 225 SERIAL NUMBER: 70075
DESCRIPTION: 5xc HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 179,000

Lessee's Insurance Carrier __________

Tax Exempt Certificate No __________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/30/05

RENTAL CHARGES: $ 5500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks. 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

__________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

__________
(Street and number)

__________
(City) (State) (Zip code)

By: __________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to it

__________
PERSONAL GUARANTOR

__________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1223

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8x10 Trench Box SERIAL NUMBER: 7-2510

DESCRIPTION: ______________ HRS OUT: ______________

PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 7500

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/31/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1256

REF. ________________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)______________
(Address of Lessee)

______________________________ Fax (____)______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#__________

MAKE: Case/shore MODEL: 8A10 Trench SERIAL NUMBER: Y-2509

DESCRIPTION: Box HRS OUT: __________

PURCHASE OPTION: ______________________________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: ______________________________

Lessee's Insurance Carrier ______________________________

Tax Exempt Certificate No ______________________________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ __________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/31/05

RENTAL CHARGES: $ 1800 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE: $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1800

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________________________

By: ______________________________

Title: ______________________________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1205

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (___) ______
(Address of Lessee)

______ Fax (___) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Speedshore MODEL: 6 X 6 Trench Box SERIAL NUMBER: 4-1998
DESCRIPTION: ______ HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: ______

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE
☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/31/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH (circled)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY. ROUND TRIP

______ % TAX: $ — DAY. WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability damage costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent (18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1221

REF. ____________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 6 X 8 Trench SERIAL NUMBER: 4-2

DESCRIPTION: Box HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (MONTHS circled)

INSURED VALUE: 4500

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/30/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE: $ ________ ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1285

REF. ____________

hereby leases/rents to So-Thshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8x16 Trench SERIAL NUMBER: 4-2521
DESCRIPTION: ____________ Box HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: ____________

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 1 / ____ / ____

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied. as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned. jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract No 1239

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Speedshore MODEL: 8X16 Trench SERIAL NUMBER: 4-2521
DESCRIPTION: Box HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 11,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/31/05

RENTAL CHARGES: $ 1500.00 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500.00

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form.

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract # 1241

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Wacker MODEL: 8x20 Road Plate SERIAL NUMBER: ____________
DESCRIPTION: ____________ Plate HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Orleans

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 6000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/1/05 / 9/31/05

RENTAL CHARGES: $ [crossed out] 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL [crossed out] 1750

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage. costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to ()

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 2004 Your PO #: New Bedford
Invoice Date: 8/01/05 Customer #: 522
Due Date: 8/01/05 Work Order #: Multiple
Terms: Upon Receipt

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 8/1/05-8/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | E044 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 2.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 1.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 23,750.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $23,750.00 |

Thank You

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1224

REF ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________________ Telephone (____) ____________
(Address of Lessee)

____________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8X16 Trench SERIAL NUMBER: 4-2521
DESCRIPTION: Box HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: [illegible]

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 11,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/31/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contingencies or events 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Don Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________ PERSONAL GUARANTOR

____________ RETURNED DATE / Hrs

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1210

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Spudshore MODEL: 6 A 70 Road(?) SERIAL NUMBER: ____________
DESCRIPTION: ____________ Plate HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mr. McFord

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE
☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1750

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1206

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Spec'dshore MODEL: 6X8 Truck Box SERIAL NUMBER: 4-2
DESCRIPTION: ______ HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ______

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1200

REF. ____________

hereby leases/rents to Sumchon Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 725 SERIAL NUMBER: 70044
DESCRIPTION: 4x4 HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 135,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 9/1/05

RENTAL CHARGES: $ 5500 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifton
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract No. 1215

REF. ____________

hereby leases/rents to Countryside Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 70677
DESCRIPTION: EXC. HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 179,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/3/05 / 9/2/05

RENTAL CHARGES: $ 5700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY. ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 5700

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability damage; cutssor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally and in his/her individual capacity, guarantees payment to of all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1187

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT"

## DESCRIPTION

EQUIP. ID# ______

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 758
DESCRIPTION: Wheel Loader HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 4,500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: ______
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1208

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________ Telephone (____) ______________
(Address of Lessee)

______________ Fax (____) ______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Speedshore MODEL: 8x10 Trench Box SERIAL NUMBER: 7-2510
DESCRIPTION: ______________ HRS OUT: ______________
PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ______________

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 8/31/05

RENTAL CHARGES: $ 1700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1700

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1222

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions. repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#____________

MAKE: Spaldhoro MODEL: BX10 Trench SERIAL NUMBER: 4-7105
DESCRIPTION: ____ Box HRS OUT: ____
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Dedford

TERMS OF LEASE: 1 DAY. WEEKS, MONTHS

INSURED VALUE: 7500

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 8/1/05 / 5/31/05

RENTAL CHARGES: $ 1200 DAY. WEEKS. MONTH

INSURANCE CHARGE: $ — DAY. WEEKS. MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1200

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston. RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage, cost or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned. jointly, severally. and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection. including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

| | | | |
|---|---|---|---|
| Invoice #: | 1970 | Your PO #: | New Bedford |
| Invoice Date: | 7/01/05 | Customer #: | 522 |
| Due Date: | 7/01/05 | Work Order #: | Multiple |
| Terms: | Upon Receipt | | |

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| | | Bare Rentals 7/1/05-7/31/05 | | | |
| 1.00 | L357 | Terex SKL873 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Terex TXC225 | 5,500.0000 | | 5,500.00 |
| 1.00 | TS0810TL | 8x10 Trench Box | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0608TL3KE | 6x8 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0816TL3KE | 8x16 Trench Box | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | 6x6 Trench Box | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | 8x20 Road Plate | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1313

REF. ______________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) __________
(Address of Lessee)

______________________ Fax (____) __________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# 6357

MAKE: Terex MODEL: SKL873 SERIAL NUMBER: 0357
DESCRIPTION: Wheel Loader HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

INSURED VALUE: __________

Lessee's Insurance Carrier __________

Tax Exempt Certificate No __________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

STARTING DATE: 7/1/05 / 7/31/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, (MONTH)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3 Rates are FOB Johnston RI, unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

______________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________________
(Street and number)

______________________
(City) (State) (Zip code)

By: ______________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________
PERSONAL GUARANTOR

______________________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract N 1184

REF ____________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ________
(Address of Lessee)

______________________ Fax (____) ________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 70039
DESCRIPTION: 4KC. HRS OUT: ________
PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 179,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/2/05 / 8/1/05

RENTAL CHARGES: $ 5500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5500

ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contingencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs