CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract No. 1138

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)____________
(Address of Lessee)

______________________________ Fax (____)____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#__________

MAKE: Jp[illegible]shore MODEL: 8 X 10 Trench SERIAL NUMBER: 4-2[illegible]9

DESCRIPTION: ______________ Box HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 7500

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/1/05 / 7/30/05

RENTAL CHARGES: $ 1100 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1100

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______________________
(Street and number)

______________________
(City) (State) (Zip code)

By: ______________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

______________________ PERSONAL GUARANTOR

______________________ RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1191

REF ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts. additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Spassshore MODEL: 6x8 Trench SERIAL NUMBER: 4-2
DESCRIPTION: Box HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: ______

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/1/05 / [illegible]

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ ______ DAY. WEEKS. MONTH

DELIVERY CHARGE. $ —— ONE WAY, ROUND TRIP

______ % TAX: $ —— DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition. 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability damage. costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness. merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity. guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to () 

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1209

REF. ____________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8x16 Trench SERIAL NUMBER: Y-2521
DESCRIPTION: Box HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/6/05 / 8/5/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days). 2 Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned. jointly, severally. and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1240

REF. ________________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____)__________
(Address of Lessee)

______________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#__________

MAKE: Speedshore MODEL: 8 X 16 Trench SERIAL NUMBER: 4-2 r

DESCRIPTION: Box HRS OUT: __________

PURCHASE OPTION: __________

**FREEDOM:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 11,000

Lessee's Insurance Carrier __________

Tax Exempt Certificate No. __________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/8/05 / 8/7/05

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1750

### ADDITIONAL TERMS AND CONDITIONS

1 Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear. tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability. damage. costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied. as to the equipment's fitness. merchantability quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Don Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

__________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

__________
(Street and number)

__________
(City) (State) (Zip code)

By: __________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection. including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

__________
PERSONAL GUARANTOR

__________
RETURNED DATE / Hrs.

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1190

REF. ____________

hereby leases/rents to Sunshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)____________
(Address of Lessee)

______________________________ Fax (____)____________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Sand Shore MODEL: 6x6 Trail SERIAL NUMBER: 4-2498

DESCRIPTION: Box HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/5/05 / 8/4/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

________% TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form.

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear. tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty. expressed or implied. as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1194

REF. ______

hereby leases/rents to SOUthshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (___) ______
(Address of Lessee)

______ Fax (___) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Speedshore MODEL: 8 x 70 (2) SERIAL NUMBER: ______
DESCRIPTION: Road Plates HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 6,000

Lessee's Insurance Carrier ______

Tax Exempt Certificate No ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 7/1/05 / 7/31/05

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ [scribbled out] ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1750

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1 Furnish fully qualified operator. 2 Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever 8 Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

Submitted By: DAN Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owed to tl

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1930
Invoice Date: 6/01/05
Due Date: 6/01/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | L358 | Bare Rental-Terex SKL873 6/1/05-6/30/05 | 4,500.0000 | | 4,500.00 |
| 1.00 | E034 | Bare Rental Terex TXC225 6/1/05-6/30/05 | 5,500.0000 | | 5,500.00 |
| 1.00 | TS0810TL | Bare Rental 8x10 Trench Box 6/1/05-6/30/05 | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0608TL3KE | Bare Rental 6x8 Trench Box 6/1/05-6/30/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0816TL3KE | Bare Rental-8x16 Trench Box 6/3/05-7/2/05 | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0606TL3KE | Bare Rental-6x6 Trench Box 6/1/05-6/30/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | RP820 | Bare Rental 8x20 Road Plate 6/1/05-6/30/05 | 875.0000 | | 1,750.00 |

| | |
|---|---|
| Subtotal: | 18,250.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $18,250.00 |

Thank You

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1163

REF.________________

hereby leases/rents to Sunshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)__________
(Address of Lessee)

______________________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#__________

MAKE: Sissachore MODEL: 6X8 SERIAL NUMBER: 4-2

DESCRIPTION: Trench HRS OUT: __________

PURCHASE OPTION: Box

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 4500

Lessee's Insurance Carrier __________

Tax Exempt Certificate No. __________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ __________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/05 / 6/30/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

__________% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1020

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

__________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

__________
(Street and number)

__________
(City) (State) (Zip code)

By: __________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

__________
PERSONAL GUARANTOR

__________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1164

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 6X6 SERIAL NUMBER: 4-2498
DESCRIPTION: Trench Box HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 4000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/05 / 6/30/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1000

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to it

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1162

REF. ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone ( ) ______
(Address of Lessee)

______ Fax ( ) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Speedshore MODEL: 8X10 SERIAL NUMBER: 4-2509
DESCRIPTION: Trench Box HRS OUT: ______
PURCHASE OPTION: ______

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 7500

Lessee's Insurance Carrier ______

Tax Exempt Certificate No. ______
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 1/1/05 / 1/30/05

RENTAL CHARGES: $ 1700 DAY, WEEKS, MONTH (circled)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1700

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

______ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______
(Street and number)

______
(City) (State) (Zip code)

By: ______
(If Lessee is corporation - Signature of Officer)

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1150

REF. ____________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) __________
(Address of Lessee)

______________________ Fax (____) __________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Steelshore MODEL: 8 X 16 SERIAL NUMBER: 4-2521

DESCRIPTION: Trench Box HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mtn OilField

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 11,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/ ... / #1210...

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH (circled: MONTH)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE: $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Don Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______________________
(Street and number)

______________________
(City) (State) (Zip code)

By: ______________________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________
PERSONAL GUARANTOR

______________________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1160

REF. ____________

hereby leases/rents to Sunshine Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#________

MAKE: Speedshore MODEL: 8X16 SERIAL NUMBER: 4-75

DESCRIPTION: ______________ HRS OUT: ________

PURCHASE OPTION: ______________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 17,000

Lessee's Insurance Carrier ______________

Tax Exempt Certificate No. ______________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/05 , 6/30/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

## ADDITIONAL TERMS AND CONDITIONS

1 Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1 Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______________

By: ______________

Title: ______________

______________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

______________
(Street and number)

______________
(City) (State) (Zip code)

By: ______________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to (

______________
PERSONAL GUARANTOR

______________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

## EQUIPMENT RENTAL

Contract # 1159

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____) ____________
(Address of Lessee)

______________________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Crossshore MODEL: 8X20 (2) SERIAL NUMBER: ____________

DESCRIPTION: Road Plates HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 6,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/05 / 6/30/05

RENTAL CHARGES: $ 1750 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1750

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee). 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty. expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10 This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to th

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs.

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1156

REF. ____________

hereby leases/rents to Sunshine Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 358
DESCRIPTION: Loader HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 115,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/05 , 6/30/05

RENTAL CHARGES: $ 4,500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4,500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty expressed or implied as to the equipment's fitness. merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Littell
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it. the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1155

REF. ______________

hereby leases/rents to Sunshine Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______
(Address of Lessee)

______________________ Fax (____) ______

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 30034
DESCRIPTION: TXC. HRS OUT: ________
PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY. WEEKS. MONTHS (circled: MONTHS)

INSURED VALUE: 139,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 6/1/05 / 6/30/05

RENTAL CHARGES: $ 5500 DAY. WEEKS. MONTH

INSURANCE CHARGE:$ — DAY. WEEKS. MONTH

DELIVERY CHARGE. $ — ONE WAY. ROUND TRIP

________% TAX: $ — DAY. WEEKS. MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5500

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston. RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied. as to the equipment's fitness merchantability quality or compliance with any standards under the OSHA ACT OF 1970 10 This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to B

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1927
Invoice Date: 5/02/05
Due Date: 5/02/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E033 | Bare Rental-TXC225 5/2/05-6/1/05 | 5,500.0000 | | 5,500.00 |
| 1.00 | E020 | Bare Rental-TXC300 5/4/05-6/3/05 | 7,500.0000 | | 7,500.00 |
| 1.00 | L358 | Bare Rental-Terex SKL873 5/1/05-5/30/05 | 4,500.0000 | | 4,500.00 |
| 1.00 | TS0608TL3KE | Bare Rental-6x8 Trench Box 5/1/05-5/30/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | RP20 | Bare Rental-8x20 Road Plate 5/1/05-5/30/05 | 875.0000 | | 1,750.00 |
| 2.00 | TS0816TL3KE | Bare Rental-8x16 Trench Box 5/1/05-5/30/05 | 1,500.0000 | | 3,000.00 |
| 1.00 | TS0810TL3KE | Bare Rental-8x10 Trench Box 5/1/05-5/30/05 | 1,200.0000 | | 1,200.00 |

| | |
|---|---|
| Subtotal: | 24,450.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $24,450.00 |

Thank You

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1141

REF. ________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ________ Telephone (____) ________
(Address of Lessee)

________ Fax (____) ________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 30077
DESCRIPTION: Exc. HRS OUT: ________
PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 179,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No. ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 4/2/05, 5/1/05

RENTAL CHARGES: $ 5500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE: $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 5500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator. 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to it

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract # 1142

REF. ____________

hereby leases/rents to South shore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 300 SERIAL NUMBER: 30070
DESCRIPTION: Exc. HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 145,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 9/4/05 / 6/3/05

RENTAL CHARGES: $ 7100 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

# TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 7100

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling charge for returned checks. 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R I.

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owed to it

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract № 1146

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________________ Telephone (____)__________
(Address of Lessee)

______________________________ Fax (____)__________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#__________

MAKE: Terex MODEL: SKL 873 SERIAL NUMBER: 758
DESCRIPTION: Loader HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled: MONTHS)

INSURED VALUE: 115,000

Lessee's Insurance Carrier __________

Tax Exempt Certificate No. __________
(Attach copy of certificate)

Payment Received : ck # __________ Amount $ __________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/30/05

RENTAL CHARGES: $ 4,500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4,500

ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear tear and damage not in writing upon acceptance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss liability, damage costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

______________________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

______________________________
(Street and number)

______________________________
(City) (State) (Zip code)

By: ______________________________
(If Lessee is corporation - Signature of Officer)

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, gurantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to I

______________________________
PERSONAL GUARANTOR

______________________________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1152

REF ______

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______ Telephone (____) ______
(Address of Lessee)

______ Fax (____) ______

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ______

MAKE: Speedshore MODEL: 6 X 8 SERIAL NUMBER: 4-2
DESCRIPTION: Trench HRS OUT: ______
PURCHASE OPTION: Box

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

INSURED VALUE: 4500

STARTING DATE: 5/3/05, 6/1/05

Lessee's Insurance Carrier ______

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

Tax Exempt Certificate No ______
(Attach copy of certificate)

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

Payment Received : ck # ______ Amount $ ______

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

## ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI. unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

## CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4 Responsible for all unusual wear, tear and damage not in writing upon acceplance. 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events. 9 Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I

______ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

Submitted By: Don Clifford
(Salesman)

______
(Street and number)

Accepted and approved on: ______

______
(City) (State) (Zip code)

By: ______

By: ______
(If Lessee is corporation - Signature of Officer)

Title: ______

## ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______
PERSONAL GUARANTOR

______
RETURNED DATE / Hrs.

**CASTLE**
EQUIPMENT COMPANY

P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract No. 1153

REF. ____________

hereby leases/rents to Southern Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION
EQUIP. ID# ____________

MAKE: Spesshire MODEL: 8 X 20 (2) SERIAL NUMBER: ____________
DESCRIPTION: ROAD PLATE HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 6,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/31/05

RENTAL CHARGES: $ 1700 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____________ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1750

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition. 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R.I

____________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ________ Partnership: ________ Corporation: ________

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1 In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

# EQUIPMENT RENTAL

Contract 1149

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____)________
(Address of Lessee)

______________________ Fax (____)________

and LESSEE hereby leases from the LESSOR. the following personal property, said property, with all replacement parts, additions. repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#________

MAKE: Speedshore MODEL: 8 X 16 SERIAL NUMBER: 4-25

DESCRIPTION: Trench Box HRS OUT: ________

PURCHASE OPTION: ________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 11,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/20/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH (circled)

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

________% TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days) 2 Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling chargefor returned checks 3 Rates are FOB Johnston RI unless otherwise agreed upon in writing 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2 Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4 Responsible for all unusual wear. tear and damage not in writing upon acceptance 5 Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability. damage. costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied. as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I

________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ________

By: ________

Title: ________

________
(Street and number)

________
(City) (State) (Zip code)

By: ________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned. jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company. partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection. including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent. 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to the

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY
P O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1161

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speedshore MODEL: 8X16 SERIAL NUMBER: 4-2521
DESCRIPTION: Trench Box HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 17,000

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05 / 5/30/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

## TOTAL CHARGES DUE IN ADVANCE

$ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form.

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owed to 0

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE**
EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1151

REF. ______________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ______________
(Address of Lessee)

______________________ Fax (____) ______________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# __________

MAKE: Speedshore MODEL: 8X10 SERIAL NUMBER: 4-2509
DESCRIPTION: Trench Box HRS OUT: __________
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, (MONTHS)

INSURED VALUE: 7500

Lessee's Insurance Carrier __________

Tax Exempt Certificate No __________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 5/1/05, 5/30/05

RENTAL CHARGES: $ 1200 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1200

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the respnsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6 Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Cifelli
(Salesman)

Accepted and approved on: __________

By: __________

Title: __________

______________________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ______ Partnership: ______ Corporation: ______

______________________
(Street and number)

______________________
(City) (State) (Zip code)

By: ______________________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1. In consideration of extending credit to the above the undersigned jointly severally, and in his/her individual capacity guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

______________________
PERSONAL GUARANTOR

______________________
RETURNED DATE / Hrs.

# INVOICE

Castle Equipment & Supply, Inc
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

CASTLE EQUIPMENT COMPANY

Invoice #: 1908
Invoice Date: 4/03/05
Due Date: 4/03/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | L358 | Bare Rental-Terex SKL873 4/3/05-5/2/05 | 4,500.0000 | | 4,500.00 |
| 1.00 | TS0810TL | Bare Rental 8x10 Trench Box 4/3/05-5/2/05 | 1,500.0000 | | 1,500.00 |
| 1.00 | TS0608TL3KE | Bare Rental 6x8 Trench Box 4/3/05-5/2/05 | 1,000.0000 | | 1,000.00 |
| 2.00 | TS0816TL3KE | Bare Rental-8x16 Trench Box 4/3/05-5/2/05 | 1,500.0000 | | 3,000.00 |

| | |
|---|---|
| Subtotal: | 10,000.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| Shipping: | 0.00 |
| Total: | $10,000.00 |

Thank You

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

EQUIPMENT RENTAL
Contract 1140

REF.__________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of __________ Telephone (____)________
(Address of Lessee)

__________ Fax (____)________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID#______

MAKE: Terex MODEL: SKL 877 SERIAL NUMBER: 758
DESCRIPTION: Loader HRS OUT: ______
PURCHASE OPTION: __________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 115,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ______ Amount $ ______

☒ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 4/3/05 / 5/2/05

RENTAL CHARGES: $ 4500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

_____% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 4500

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week 179 hours per month (30 consecutive days). 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing 4 Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good. safe and serviceable condition. 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty expressed or implied, as to the equipment's fitness merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed construed and interpreted in accordance with the laws of the state of R I

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ______

By: ______

Title: ______

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

________
(Street and number)

________
(City) (State) (Zip code)

By ________
(If Lessee is corporation - Signature of Officer)

ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees A service charge of one and one half percent (1 5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

**CASTLE** EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract 1207

REF. ____________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____) ____________
(Address of Lessee)

______________________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Speed Shore MODEL: 8x10 Trench Box SERIAL NUMBER: 4-2509
DESCRIPTION: ____________ HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: ____________

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No. ____________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 4/7/05 / 5/7/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE: $ — DAY, WEEKS, MONTH

DELIVERY CHARGE $ — ONE WAY, ROUND TRIP

______ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks. 3. Rates are FOB Johnston, RI, unless otherwise agreed upon in writing. 4. Contract is subject to all applicable taxes and the sole responsibility of the customer. 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks. 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costsor expenses whatsoever 8. Customer must notify immediately the Lessor of any contigencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ______ Partnership: ______ Corporation: ______

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned, jointly, severally and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company, partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it, the undersigned and applicant shall pay all costs of collection, including reasonable attorney's fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to tl

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

**CASTLE EQUIPMENT COMPANY**

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax. (401) 490-8096

EQUIPMENT RENTAL
Contract 1255

REF. ____________

hereby leases/rents to Southshore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property. said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

**DESCRIPTION** EQUIP. ID# ____________

MAKE: Speedshore MODEL: 6 x 8 Trench SERIAL NUMBER: 4-2
DESCRIPTION: Box HRS OUT: ____________
PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS

INSURED VALUE: 4500

Lessee's Insurance Carrier ____________

Tax Exempt Certificate No ____________
(Attach copy of certificate)

Payment Received : ck # ____________ Amount $ ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 4/1/05 / 5/1/05

RENTAL CHARGES: $ 1000 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____ % TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1000

**ADDITIONAL TERMS AND CONDITIONS**

1. Maximum use - 45 hours per week. 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment. There will be a 25.00 handling chargefor returned checks 3. Rates are FOB Johnston RI. unless otherwise agreed upon in writing 4 Contract is subject to all applicable taxes and the sole responsibility of the customer 5 Any fees incurred during the collection of the account will be the the responsibility of the Lessee Customer has read and agreed to terms and conditions on the reverse side of this form

**CUSTOMER ACCEPTANCE AND RESPONSIBILITIES**

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3 Perform all daily required maintenance and checks 4 Responsible for all unusual wear tear and damage not in writing upon acceptance. 5. Responsible for any over term usage - payment prorated on accordance with the above contract. 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7 Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss. liability. damage. costsor expenses whatsoever. 8. Customer must notify immediately the Lessor of any contigencies or events 9 Lessor makes no representation of warranty, expressed or implied. as to the equipment's fitness. merchantability. quality or compliance with any standards under the OSHA ACT OF 1970 10. This rental agreement shall be governed. construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on: ____________

By: ____________

Title: ____________

____________ Lessee
(Lessee's signature if required - otherwise corporate name)

Individual: ________ Partnership: ________ Corporation: ________

____________
(Street and number)

____________
(City) (State) (Zip code)

By: ____________
(If Lessee is corporation - Signature of Officer)

**ADDENDUM TO EQUIPMENT RENTAL CONTRACT**

1 In consideration of extending credit to the above the undersigned, jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection including reasonable attorney's fees A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent 18% per annum) Any interest will be charges during the pendency of any legal action to collect the debt owned to it

____________
PERSONAL GUARANTOR

____________
RETURNED DATE / Hrs

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract № 1192

REF.________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ______________________ Telephone (____)________
(Address of Lessee)

______________________ Fax (____)________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID#________

MAKE: Speedshore MODEL: 8X16 Trench Box SERIAL NUMBER: 4-7521

DESCRIPTION:________ HRS OUT:________

PURCHASE OPTION:________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: Mtn (?) [illegible]

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (MONTHS circled)

INSURED VALUE: 11,000

Lessee's Insurance Carrier ________

Tax Exempt Certificate No ________
(Attach copy of certificate)

Payment Received : ck # ________ Amount $ ________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 4/1/05 / 5/1/05

RENTAL CHARGES: $ 1500 DAY, WEEKS, MONTH

INSURANCE CHARGE:$ — DAY, WEEKS, MONTH

DELIVERY CHARGE. $ — ONE WAY, ROUND TRIP

____% TAX: $ — DAY, WEEKS, MONTH

**TOTAL CHARGES DUE IN ADVANCE** $ TOTAL 1500

### ADDITIONAL TERMS AND CONDITIONS

1. Maximum use - 45 hours per week, 179 hours per month (30 consecutive days) 2. Payment due in advance of pickup/on delivery by Castle Equipment There will be a 25.00 handling charge for returned checks 3. Rates are FOB Johnston RI unless otherwise agreed upon in writing 4. Contract is subject to all applicable taxes and the sole responsibility of the customer 5. Any fees incurred during the collection of the account will be the the responsibility of the Lessee. Customer has read and agreed to terms and conditions on the reverse side of this form

### CUSTOMER ACCEPTANCE AND RESPONSIBILITIES

1. Furnish fully qualified operator 2. Furnish full insurance certificate (loss payee) 3. Perform all daily required maintenance and checks 4. Responsible for all unusual wear, tear and damage not in writing upon acceptance 5. Responsible for any over term usage - payment prorated on accordance with the above contract 6. Receipt of the equipment and its use constitutes that it was delivered in good, safe and serviceable condition 7. Customer shall have sole control and responsibility of the equipment holding Lessor harmless against all loss, liability, damage, costs or expenses whatsoever 8. Customer must notify immediately the Lessor of any contingencies or events 9. Lessor makes no representation of warranty, expressed or implied, as to the equipment's fitness, merchantability, quality or compliance with any standards under the OSHA ACT OF 1970. 10. This rental agreement shall be governed, construed and interpreted in accordance with the laws of the state of R.I.

Submitted By: Dan Clifford
(Salesman)

Accepted and approved on:________

By:________

Title:________

________ Lessee
(Lessee's signature if required - otherwise corporate name)
Individual: ____ Partnership: ____ Corporation: ____

________
(Street and number)

________
(City) (State) (Zip code)

By:________
(If Lessee is corporation - Signature of Officer)

### ADDENDUM TO EQUIPMENT RENTAL CONTRACT

1. In consideration of extending credit to the above the undersigned jointly, severally, and in his/her individual capacity, guarantees payment to or all sums owed to by the applicant or its company partnership or corporation owned solely or partly by the applicant. The applicant and the undersigned hereby agree that in the event finds it necessary to incur cost of collection for the filing of an action to collect any amount owed to it the undersigned and applicant shall pay all costs of collection, including reasonable attorney s fees. A service charge of one and one half percent (1.5%) per month shall be charged after sixty (60) days (eighteen percent, 18% per annum). Any interest will be charges during the pendency of any legal action to collect the debt owned to 0

________
PERSONAL GUARANTOR

________
RETURNED DATE / Hrs

# INVOICE

CASTLE EQUIPMENT COMPANY

**Castle Equipment & Supply, Inc**
P.O. Box 19428
Johnston, RI 02919
Phone: (401) 490-8099

Invoice #: 1883
Invoice Date: 3/03/05
Due Date: 3/03/05
Terms: Upon Receipt

Your PO #: New Bedford
Customer #: 522
Work Order #: Multiple

Sold To: South Shore Utility Company
44 Maria Avenue
Johnston, RI 02919

Page 1 of 1

| Quantity | Item ID | Description | Unit Price | Unit Name | Amount |
|---|---|---|---|---|---|
| 1.00 | E033 | Bare Rental-Terex TXC225 LC-1 3/3/05-4/2/05 | 5,500.0000 | MO | 5,500.00 |

CASTLE EQUIPMENT COMPANY

P.O Box 19428
Johnston, RI 02919
Office: (401) 490-8099
Fax: (401) 490-8096

# EQUIPMENT RENTAL

Contract # 1139

REF. ____________

hereby leases/rents to South Shore Utility herein called "LESSEE",
(Name of Lessee)

of ____________ Telephone (____) ____________
(Address of Lessee)

____________ Fax (____) ____________

and LESSEE hereby leases from the LESSOR, the following personal property, said property, with all replacement parts, additions, repairs and accessories incorporated therein and/or affixed thereto being herein referred to as "EQUIPMENT".

## DESCRIPTION

EQUIP. ID# ____________

MAKE: Terex MODEL: TXC 225 SERIAL NUMBER: 30033

DESCRIPTION: TXC. HRS OUT: ____________

PURCHASE OPTION: ____________

**FREIGHT:** ☐ CUSTOMER PICK-UP & RETURN ☐ CASTLE DELIVERY & RETURN ☐ OTHER

to be delivered to Lessee at: New Bedford

TERMS OF LEASE: 1 DAY, WEEKS, MONTHS (circled)

INSURED VALUE: 139,000

Lessee's Insurance Carrier ____________

☐ CUSTOMER PROVIDES INSURANCE FOR PHYSICAL DAMAGE

☐ CASTLE EQUIPMENT PROVIDES PHYSICAL DAMAGE INSURANCE (1000 Deductible)

STARTING DATE: 3/3/05, 4/2/05